# EXHIBIT "A"

# Docket No. 1
## 5/10/2021
## Clerk's Entry — Judge Cooper, John C. Assigned
## (Screenshot Follows)

5/10/2021          1          a002                          JUDGE COOPER, JOHN C:          BM
                                                          ASSIGNED

# Docket No. 2
# 5/7/2021
# Civil Cover Sheet

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SECOND</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>   COUNTY, FLORIDA

<u>DAVID SIDNEY POTTER</u>
Plaintiff

Case # <u>2021 CA 000853</u>

Judge _____

vs.

<u>Mark Lively, Angel Oak Mortgage Solutions, LLC, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S Conerly, Donna Lynn Harkness</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

### III.    TYPE OF CASE     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☒ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
      ☐ Residential Evictions
      ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.**    **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.**    **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>6</u>

**VI.**    **IS THIS CASE A CLASS ACTION LAWSUIT?**
      ☐ yes
      ☒ no

**VII.**    **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
      ☒ no
      ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.**    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
      ☒ yes
      ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ D. Sidney Potter</u>        Fla. Bar #
        Attorney or party           (Bar # if attorney)

<u>D. Sidney Potter    </u>        <u>05/07/2021</u>
  (type or print name)           Date

# Docket No. 3
# 5/7/2021
# Complaint

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL DISTRICT, IN AND FOR
LEON COUNTY, FLORIDA

---

David Sidney Potter,

      Plaintiff

vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

      Defendants

**COMPLAINT AND JURY DEMAND**
Leon County
Case No. <u>2021 CA 000853</u>

---

**CAUSES OF ACTIONS:**
**COUNT 1: FIRST CAUSE OF ACTION (Wrongful Termination in Violation of Public Policy Against All Defendants)**
**COUNT 2: SECOND CAUSE OF ACTION (Breach of Contract Against All Defendants)**
**COUNT 3: THIRD CAUSE OF ACTION (Age Discrimination)**
**COUNT 4: FOURTH CAUSE OF ACTION (Violation of Florida's Whistleblower Act)**
**COUNT 5: FIFTH CAUSE OF ACTION (Violation of The Consumer Financial Protection Act)**
**COUNT 6: SIXTH CAUSE OF ACTION (Non-Payment of $15,000 Signing Bonus)**

---

# TABLE OF CONTENTS

I. THE NATURE OF THE ACTION……………………………………………......3

II. PARTIES...........................................................................................................6

III. JURISDICTION AND VENUE……………………………….……..…….…7

IV. FACTUAL ALLEGATIONS……………………………………………….…7

V. EXHAUSTION OF ADMINISTRATIVE REMEDIES…………………….............8

VI. ARGUMENT

       FIRST CAUSE OF ACTION (Wrongful Termination in Violation of Public Policy Against All Defendants)……………………………….……….............9

       SECOND CAUSE OF ACTION (Breach of Contract Against All Defendants)……..11

       THIRD CAUSE OF ACTION (Age Discrimination)…………………………..12

       FOURTH CAUSE OF ACTION (Violation of Florida's Whistleblower Act)……….13

       FIFTH CAUSE OF ACTION (Violation of the Consumer Financial Protection Act).14

       SIXTH CAUSE OF ACTION (Non-Payment of $15,000 Signing Bonus)..……..…15

VII. PRAYER FOR RELIEF………………………………………….……..…15

VIII. DEMAND FOR JURY TRIAL……………………………………….....16

  IX. EXHIBITS...……………………………………………………….....17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*********** False Claims Act & Qui Tam ***********

Notice is hereby given that Plaintiff reserves the right to further his claim against said Defendants in the False Claims Act and Que Tam. The absence of such claim in this subject litigation does not preclude Plaintiff from exercising such right. False Claims Act is 31 U.S.C. Sections 3729-3733

Page 3

Plaintiff D. Sidney Potter alleges as follows:

## THE NATURE OF THE ACTION

1.      The case involves the wrongful termination of D. Sidney Potter by Angel Oak Mortgage Solutions, (herein known as ANGEL OAK), a mortgage lender that is regionally based in Atlanta, GA (as the registered location).  The employee, D. Sidney Potter (herein known as Potter), who would be entitled to different protections as a contractor, was hired and started as an employee with ANGEL OAK on March 29, 2021 from their Georgia office at 980 Hammond Drive, Suite 850, Atlanta, GA 30328, and was subsequently fired May 7, 2021. Mr. Potter accepted employment from ANGEL OAK while in Florida (see Exhibits for State of Florida identification card), and subsequently worked in North Carolina while under the employ of ANGEL OAK.  Mr. Potter has never been to the offices of ANGEL OAK in Georgia. For purposes of jurisdiction, Florida law and statue dominates this case; procedurally and legally, in terms of personal justification and venue, and legal jurisdiction. All counties are applicable, since ANGEL OAK operates in all counties.

2.      The Plaintiff, D. Sidney Potter, is an experienced mortgage operations consultant who has worked on dozens of projects over a 13-year period for an inordinate number of banks, finance companies, and mortgage analytics firms.  Some of the companies include the following: GE Money, IndyMac, Ameriquest, Bank of America, Countrywide, Merrill Lynch, Bank One, Washington Mutual and Wells Fargo.  Along with those latter named Fortune 500 companies, Potter has worked with Big Six consulting firms, such as Arthur Andersen, Accenture, Deloitte & Touché, Cognizant and Ernst & Young.  In terms of project locations, they include Boston, Jacksonville, Charlotte, Minneapolis, Dallas, San Francisco, Phoenix, Detroit and Los Angeles. In addition to whom and where Potter has worked, he has primarily been engaged in several

capacities when on site as a mortgage operations consultant.  Those mortgage operation "hats" include the role of a mortgage underwriter, repurchase analyst, due diligence processer, quality control auditor and as a mortgage analyst.  In his various roles, it has been necessary to achieve certification and authorization designations in order to perform certain functions, such as that of an underwriter.  Over a 13-year period, it is estimated that Potter has taken hundreds of assessments and continuing education courses at the various banks he has worked during his role as a mortgage operations consultant.

3.     The Plaintiff, D. Sidney Potter is a published author and writes for several well-known online periodicals, such as The Huffington Post, CNN (iReports), Politico, Inman and CounterPunch.  He is considered a subject matter expert (SME) in the mortgage and real estate industry.  Some of his work includes on camera talent for "how to" instruction videos in real estate and mortgages for Demand Studies.  In 2011, he was named "Person of the Week" from Mortgage Orb Magazine, in addition to being quoted directly via other online periodicals, and subsequently in 2017, was mentioned as a person to watch in Inman Real Estate magazine for his prowess in real estate and his Jack Kerouac like travels as a journeyman writer.

4.     The Plaintiff, D. Sidney Potter, successfully passed the preliminary test cases administrated verbally by ANGEL OAK precedent to employment. The Defendant, ANGEL OAK choose to rely on these preliminary assessments to hire Potter as an Underwriter.

5.     As a result of ANGEL OAK's wrongful termination of Potter's employment on May 7, 2021, and despite employment being conveyed as "guaranteed" and continually – unless otherwise stated for the next 10 years as expressed by ANGEL OAK, the following employees of ANGEL OAK: Mark Lively, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S. Conerly (aka Isedore S. Smith), and Donna Lynn Harkness, are apart of this legal complaint via the legal

Page 4

theory of Respondeat Superior.  It is worth noting that ANGEL OAK will be sued in a companion lawsuit as a result of the unlawful conduct of additional employees not herein named as Defendants, wherein Potter has suffered serious economic harm as a result of discriminatory treatment and wrongful termination.   A default judgment against individually named Defendants will result in reporting to credit reporting agencies: Equifax, Experian and TransUnion.

6.      In particular, a formal job discrimination complaint with the EEOC will be filed in the Tampa, Florida within the next 60 days and be made apart of this compliant.

7.      This lawsuit seeks to redress the harm suffered by Potter and shed light on the discriminatory employment practices that have pervaded ANGEL OAK throughout Potter's tenure while employed.

8.      Defendants had no right to terminate Potter's employment at ANGEL OAK under these circumstances, and Defendants wrongful and tortuous conduct has resulted in damage to Potter in an amount as-of-yet undetermined.  More specifically, this lawsuit seeks an as-of-yet undetermined amount of money and to force ANGEL OAK to implement safeguards to prevent financial harm to its customers; in addition that other non-Whistleblower claims to be substantially punitive in terms of damages and to be determined by a jury of Potter's peers and/or a bench decision by this Court. In terms of Whistleblower damages, refer to the Florida Whistleblower Act and the Consumer Financial Protection Act for compensatory damages and injunctive relief contained herein. In addition, ANGEL OAK has not fully redressed allegations of predatory lending as to the 'benefit to borrower' criteria as established by The Dodd-Frank Act of 2010.

## PARTIES

9.     Plaintiff, D. Sidney Potter ("Potter" or "Plaintiff") is, and at all relevant times was, an individual working as a mortgage operations consultant based in California and North Carolina, whilst conducting business under his sole proprietorship entitled Potter Equities.  For the work performed for ANGEL OAK, the Plaintiff was temporally in the State of North Carolina, and maintains ties to Florida as evidenced with his current State of Florida identification.  Employment laws in North Carolina are applicable to the case at hand. The second venue is California, wherein the Plaintiff may file in Los Angeles County.

10.     Plaintiff is informed and believes and based thereon alleges that Defendant, ANGEL OAK, is, and at all relevant times was, a corporation that conducts business, and is organized and existing under the laws of the State of Florida, doing business in the County of Leon, State of Florida. ANGEL OAK is registered with the Florida Office of the Division of Corporations, 2415 N Monroe St Suite 810, Tallahassee, FL 32303.   The company identification is 46-4200240. The registrant for ANGEL OAK is InCorp Services, Inc, located at 17888 67th Court North, Loxahatchee, FL 33470.

11.     Plaintiff is informed and believes and based thereon alleges that Defendant, ANGEL OAK, is, and at all relevant times was, a corporation that conducts business, and is organized doing business in the County of Wake, State of North Carolina.  The address of record for ANGEL OAK is 7780 Brier Creek Pkwy #300, Raleigh, NC 27617.

12.     Plaintiff is informed and believes, and based thereon alleges, that each Defendant; and the following employees of ANGEL OAK: Mark Lively, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S. Conerly (aka Isedore S. Smith), and Donna Lynn Harkness, at all times mentioned in this complaint was the agent, employee, partner, joint venturer, co-

Page 6

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

conspirator, and/or employer of the other Defendants and was at all times herein mentioned acting within the course and scope of that agency, employment, partnership, conspiracy, ownership or joint venture.  Plaintiff is further informed and believes, and thereon alleges, that the acts and conduct herein alleged of each Defendant was known to, authorized by and/or ratified by the other Defendants, and each of them.

## JURISDICTION AND VENUE

13.     Jurisdiction and venue are proper in this Court because, ANGEL OAK, incorporated in the State of Florida, is registered with the Florida Office of the Division of Corporations, 2415 N Monroe St Suite 810, Tallahassee, FL 32303.   The company identification is 46-4200240. The registrant for ANGEL OAK is InCorp Services, Inc, located at 17888 67th Court North, Loxahatchee, FL 33470.

14.     The Plaintiff, D. Sidney Potter accepted employment and executed an employment agreement on March 29, 2021 with ANGEL OAK for the purpose of performing work for ANGEL OAK, emanating from conversations whilst in the State of Florida.

15.     The amount in controversy in this matter exceeds the sum of $25,000, exclusive of interest and costs.

## FACTUAL ALLEGATIONS

16.     As noted earlier, the employee, D. Sidney Potter, successfully passed training as verbally administrated by ANGEL OAK employee Isedore S. Conerly (aka Isedore S. Smith) and Donna Lynn Harkness. The employer, ANGEL OAK, authorized said training.

17.     As a result of the success of the training, Potter was offered a position with ANGEL OAK.

18.     Companies enjoy a strong degree of discretion to 'fire and hire' mortgage employees at their whim – and do so with an alarming zest.  Potter has witnessed this dysfunctional behavior firsthand and understands – however morally and ethically wrong, that there are few if no repercussions for employers who engage in this quasi "white collar" ethnic cleansing.  Potter is also cognizantly aware that these very same employers cannot fire an employee based on a charge of wrongful termination and/or discriminatory nature.  The Defendants are liable for this breach of American jurisprudence, in that they have skirted the law under the pretext of ending Potter's assignment under the guise that as an "employee-at-will" he was fireable at any moment, when infact they are guilty of breaking the law by willfully committing an unlawful termination.  In part, it is "what they do".

19.     To be brief, the employee, D. Sidney Potter, had his position eliminated – in part because of a subjective bias in his performance competencies, wherein his competency was at or above the requisite level.  A statistical analysis will prove this fact.  This is against the law, and as a result, ANGEL OAK will have to reimburse Potter for his economic loss.

20.     Furthermore, once legal discovery is commenced by both Plaintiff and Defendant Counsel, the facts will bear that the employee, D. Sidney Potter, had his position eliminated because he notified in writing that there were inconsistency in underwriting standards, that would in part or whole evidence that ANGEL OAK engaged in unlawful discriminatory lending practices as mandated by the Dodd-Frank Act, ECOA, RESPA and The Truth and Lending Act.

**<u>EXHAUSTION OF ADMINISTRATIVE REMEDIES</u>**

21.     Not all wrongful discharge claims are discrimination-based. If an employee is given a contract of employment, either expressly or impliedly and/or verbally, and is terminated before the expiration of, and in violation of, under that contract he or she is entitled to bring a

claim for wrongful discharge and breach of employment contract. **As such, the claim brought by Plaintiff is not subject to exhaustive remedies, per EEOC, but will be filed within 60 days**.

22.     ANGEL OAK, a mortgage lender company of approximately 500 employees that hires mortgage banking professionals, like the Plaintiff, for mortgage operations work, will try to suggest that the email from ANGEL OAK, dated May 7, 2021, somehow acts as a release against any and all future claims against ANGEL OAK.  And that the employment agreement signed shortly before the commencement of work on March 29, 2021 nullifies any post-employment legal claims, is wholly inaccurate and supercilious   And even if ANGEL OAK tried to suggest that Potter was precluded from suing them directly for any and all reasons under the sun, ANGEL OAK cannot succeed on this frivolous claim and Mickey Mouse assertion.  The courts have long frowned upon blanket assertions of unsubstantiated claims and any other similar facsimile or quasi agreement (i.e., Arbitration/AAA), which are drafted, amended and submitted by employers to employees in a non-arm's length capacity; as an all-inclusive defense and/or an attempt to absolve them of any future litigation.  The litigation at hand against all Defendants is predicated upon its own merits, and is not subject to an inapplicable email, letter or agreement, but rather the allegations presented thereon will be subject to the reasoning of the trier of fact, either from the bench or by jury trial, that will adjudicate in part and/or in full on behalf of the aggrieved party, that being the Plaintiff himself.

## FIRST CAUSE OF ACTION

### (Wrongful Termination in Violation of Public Policy Against All Defendants)

23.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 22 above, and incorporates those allegations herein by reference.

24.     Potter's employment with ANGEL OAK was terminated by Defendants in violation of fundamental public policy of the State of Florida since he was wrongly terminated based on Whistleblowing activity and as a result of his entire test assessments falsely alleged of not being substantially above what other underwriters at this ANGEL OAK mortgage unit have performed at.  This by any other name is discriminatory.  Holding the Plaintiff to a higher standard not required by other employees is clearly a violation of Plaintiffs' rights.

25.     As set forth above, the actions and conduct of Defendants were wrongful and in violation of the fundamental principles of the public policy of the State of Florida, the State of California, and the State of North Carolina, as reflected in their respective laws objectives and policies.

26.     More specifically, ANGEL OAK terminated Potter's employment in violation of important and well-established public policies, as set forth in various state statutes and Constitutional provisions including but not limited to Const. Art. I section 8.

27.     In committing the foregoing acts, ANGEL OAK is guilty of oppression, fraud, and/or malice under Florida Civil Code section 3294, thereby entitling Potter to punitive damages in a sum appropriate to punish and make an example out of ANGEL OAK.

28.     As a direct and proximate result of the Defendants' conduct, Potter has suffered general and special damages for, *inter alia*, the loss of the compensation he would have received in connection with continued employment with ANGEL OAK, in an amount as-yet-to-be determined and according to proof at the time of trail.

29.     Potter is informed and believes and based thereon alleges that the above-described conduct of Defendants was willful and intentional and done with malice, fraud and oppression, and constitutes despicable conduct in conscious and reckless disregard of Potter's rights and

interest, such that the conduct warrants the imposition of punitive damages in a sum appropriate to punish Defendants, and each of them, and to deter Defendants from engaging in future similar misconduct, the exact sum subject to proof at the time of trial.

30.     Potter has been damaged in an amount within jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION

### (Breach of Contract Against All Defendants)

31.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 22 above, and incorporates those allegations herein by reference.

32.     Defendants anticipatorily repudiate and materially breached the Implied Covenant of Good Faith, the implied employment agreement, and the verbal agreement (herein all three elements referred to as Agreement), that Potter accepted before commencing work for the named Defendants to perform the duties of the job.

33.     Potter has performed all conditions, covenants and promises required pursuant to the terms of the Agreement, except to the extent such performance was waived executed or prevented by reason of the acts or omissions of Defendants.

34.     As a direct and proximate result of the anticipatory and material breach and the conspiratorial conduct by both Defendants as it relates to a breach against all Defendants; wherein each party subverted their fiduciary responsibility to the Plaintiff; and as such Potter has suffered general and special damages for, *inter alia*, the loss of the compensation he would have received in connection with loss of the compensation he would have received in connection with continued employment with ANGEL OAK, in an amount as-yet-to-be determined and according to proof at the time of trial.

Page 11

35.      Potter is also entitled to an award of his reasonable lawyer's fees and costs pursuant to Florida Civil Code section 1717, wherein Potter anticipates that he will hire legal representation for this case in the near future.

### THIRD CAUSE OF ACTION

#### (Age Discrimination)

36.      The Plaintiff has been treated differently than similarly situated employees by Defendants in the terms and conditions of his employment because of his age, and professional responsibilities.

37.      Defendants engaged in illegal discrimination against the Plaintiff because of his age, as validated by the hire practices of the ANGEL OAK.

38.      Defendants have engaged in intentional age discrimination in the terms and conditions of the Plaintiff's employment, including, but not limited to, the Plaintiff's termination.

39.      Defendants' conduct violates Title VII and The Age Discrimination in Employment Act of 1967.

40.      No later than June 30th, 2021, the Plaintiff will have filed a timely Charge of Discrimination against ANGEL OAK, alleging age discrimination with the Equal Employment Opportunity Commission ("EEOC"). A true and accurate copy of the EEOC Charge of Discrimination Inquiry Number XXX-2021-XXXXX will be attached to an amended complaint and will be filed at the EEOC office at 501 E. Polk St, Suite 1000, Tampa, FL 33602. Per the EEOC requirements, the Plaintiff will submit a signed statement to the EEOC asserting that an organization engaged in employment discrimination, thus preempting a formal in-person or phone interview with EEOC.

41.      As of and no later than June 30st, 2021, the Plaintiff will file a timely Charge of Discrimination against ANGEL OAK alleging any additional charges as deemed necessary after

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

Page 12

conferring with legal counsel, with the Equal Employment Opportunity Commission ("EEOC"). A true and accurate copy of the EEOC Charge of Discrimination Inquiry Number XXX-2021-XXXXX, will be attached to an amended complaint and will be filed at the EEOC Los Angeles office, located at 255 E Temple St, Los Angeles, CA 90012. Per the EEOC requirements, the Plaintiff will submit a signed statement to the EEOC asserting that an organization engaged in employment discrimination, thus preempting a formal in-person or phone interview with EEOC.

42.     The Plaintiff will have satisfied all statutory prerequisites for filing this action.

43.     Defendants' discriminatory conduct, in violation of Title VII and The Age Discrimination in Employment Act of 1967, has caused the Plaintiff to suffer a loss of pay, benefits, and prestige.

44.     Defendants' actions have caused Plaintiff to suffer mental and emotional distress, entitling him to compensatory damages pursuant to 42 U.S.C. § 1981a.

45.     Defendants have engaged in discriminatory practices with malice and reckless indifference to the Plaintiff's federally protected rights, thereby entitling him to punitive damages pursuant to 42 U.S.C. § 1981a, with a true and accurate copy of the both EEOC Charges of Discrimination. Notwithstanding the EEOC filing, Plaintiff still asserts his rights in this case in that a federal question is at hand for the Court to determine.

## FOURTH CAUSE OF ACTION

### (Violation of Florida's Whistleblower Act, per Statute 448.102)

46.     The FWA (Florida Statute Section 448.102) prohibits private-sector employers from retaliating against employees who report employers' legal violations to authorities or who refuse to participate in violations of the law. To prove a prima facie case under the FWA, the plaintiff must establish that:

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

1.   he or she engaged in statutorily protected expression;

2.   he or she suffered an adverse employment action; and

3.   the adverse employment action was causally linked to the protected activity.

Confusion as to what employees need to show to claim protection under the FWA has persisted since 2015, when a Florida appellate court, unlike another court, held that the employee must show an actual violation of the law. *Kearns v. Farmer Acquisition Co. d/b/a Charlotte Honda*, 157 So.3d 458 (Fla. 2d DCA 2015). Another Florida appellate court had held two years earlier that an employee need only show that he or she had a good-faith belief a violation occurred when claiming protection under the law. *Aery v. Wallace Lincoln-Mercury, LLC*, 118 So. 3d 904, 916 (Fla. 4th DCA 2013).

47.     Since *Aery*, Florida's federal district courts have adopted the good-faith belief standard, concluding that *Kearns* did not directly conflict with *Aery*, and that *Aery* was the law of the state. Under the good-faith belief standard, if an employee refuses to engage in an activity at work because he or she *mistakenly believed* the activity is illegal, the employee likely will enjoy whistleblower protections from any adverse employment action arising out of not performing his or her job. Critics argue that this frustrates Florida's status as an at-will employment state.

## FIFTH CAUSE OF ACTION

### (Violation of the Consumer Financial Protection Act, per Title X of the Dodd-Frank Act)

48.     The anti-retaliation provision of the Consumer Financial Protection Act provides a cause of action for corporate whistleblowers who suffer retaliation for raising concerns about potential violations of rules or regulations of the Consumer Financial Protection Bureau.  In addition, the CFPA whistleblower law proscribes a broad range of adverse employment actions, including terminating, "intimidating, threatening, restraining, coercing, blacklisting or

disciplining, any covered employee or any authorized representative of covered employees"

because of the employee's protected whistleblowing.

## SIXTH CAUSE OF ACTION

### (Non-Payment of $15,000 Signing Bonus)

49.   Either through breach of contract, intentional amnesia or fraud, ANGEL OAK did

not pay Plaintiff the $15,000 signing bonus that had been promised to him before commencing

employment. Discussions with the following employees: Isedore S. Conerly (aka Isedore S.

Smith), will validate the $15,000 signing bonus.  Exhibits contained herein authenticate ANGEL

OAK's advertisements of bonus; before, during, and after the hiring of Plaintiff, in addition to

online evidence of ANGEL OAK's obfuscation of said promises to pay bonus money to

employees, and then the subsequent breach of said commitments, in addition to the coercion of

ANGEL OAK employees from management to post positive reviews of the company on various

employment websites.

## PRAYER FOR RELIEF

50.   For general damages, according to proof on each cause of action for which such

damages are available.

51.   For special damages, according to proof on each cause of action for which such

damages are available.

52.   For compensatory damages, according to proof on each cause of action for which

such damages are available.

53.   For punitive damages, according to proof on each cause of action for which such

damages are available.

54.   For declaratory and injunctive relief as appropriate.

Page 15

55   For reasonable lawyer fees incurred in this action, should the Plaintiff hire a lawyer to handle this litigation.

56.   As proscribed by law per under the Florida's Whistleblower Act for compensatory damages, that include and not limited for emotional distress and mental anguish (Aery, 118 So.3d at 914-15), (Fla. Stat. s. 448.103[2]).

57.   As proscribed by law per under the Consumer Financial Protection Act, a violation results in Defendant liable for punitive, compensatory or special damages, in addition to reinstatement, back pay and front pay in lieu of reinstatement to the Plaintiff. (See §1057. EMPLOYEE PROTECTION of the Consumer Financial Protection Act of 2010).

58.   As proscribed by law per under the Consumer Financial Protection Act, an award of 10% to 30% of the sanctions collected from subject financial institution.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 and Florida Jurisdiction §34.01, Potter hereby demands a jury trial on all issues so triable.

Dated:  this 7th of May 2021.


Respectively Submitted,

/ D. Sidney Potter /

_____

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

Page 16

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th of May 2021, a copy of the foregoing was sent via first class mail to:

_____

<u>Defendant Addresses:</u>

Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

**Docket No. 4**
**5/7/2021**
**Application for Civil Indigent Status**
**(No Determination — Unable to Read)**

Filing # 126394426 E-Filed 05/07/2021 01:47:45 PM

IN THE CIRCUIT/COUNTY COURT OF THE ___2ND___ JUDICIAL CIRCUIT
IN AND FOR ___LEON___ COUNTY, FLORIDA
CASE NO. _____

DAVID SIDNEY POTTER
Plaintiff/Petitioner or in the interest of

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. I have ___0___ dependents. (Include only those persons you list on your U.S. income tax return.)
Are you Married?...Yes (No)  Does your Spouse Work? Yes (No)  Annual Spouse Income? $ _____

2. I have a net income of $ _17,500_ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (✓) other _WHEN I WORK, I AM_ (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments,  _A LAWYER._ minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | |
|---|---|---|---|---|
| Second Job | Yes $ ___ No | Veterans' benefits | Yes $ ___ No |
| Social Security benefits | | Workers compensation | Yes $ ___ No |
| For you | Yes $ ___ No | Income from absent family members | Yes $ ___ No |
| For child(ren) | Yes $ ___ No | Stocks/bonds | Yes $ ___ No |
| Unemployment compensation | Yes $ ___ No | Rental income | Yes $ ___ No |
| Union payments | Yes $ ___ No | Dividends or interest | Yes $ ___ No |
| Retirement/pensions | Yes $ ___ No | Other kinds of income not on the list | Yes $ ___ No |
| Trusts | Yes $ ___ No | Gifts | Yes $ ___ No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No")
Cash ....................... Yes $ 103 No    Savings account ........... Yes $ 15 No
Bank account(s) ...... Yes $ 2,500 No    Stocks/bonds .............. Yes $ ___ No
Certificates of deposit or                   Homestead Real Property .. Yes $ ___ No
Money market accounts ... Yes $ ___ No    Motor Vehicle* ............ Yes $ 1,700 No
Boats* ............... Yes $ ___ No    Non-homestead real property/real estate Yes $ ___ No
                                        Other assets* (not determined  Yes $ ___
                                        yet) PERSONAL

Check one I ( ) DO (✓ DO NOT) expect to receive more assets in the near future. The asset
is _NOT (THE NET OPERATING LOSS IS $387,000 WHICH MAKES)_
_A NEGATIVE INCOME FOR CALENDAR YEAR 2020_

5. I have total liabilities and debts of $ 587,000 as follows: Motor Vehicle $ 1,700 , Home $ ___ , Boat
$ ___ , Non-homestead Real Property $ ___ , Child Support paid direct $ ___ , Credit Cards
$ ___ , Medical Bills $ ___ , Cost of medicines (monthly) $ ___ , Other $ ___

6. I have a private lawyer in this case ..... Yes (No) _IF I RECEIVED A FEE WITHIN TWO MONTHS_
_FROM ANGEL OAK MORTGAGE CAUSE THE RELEASE OF CONTRACT_

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __4/7__ __20 21__     _[signature]_
Year of Birth   Last 4 digits of Driver License or ID Number     Signature of Applicant for Indigent Status
__1944__  __5175__     Print Full Legal Name __DAVID SIDNEY POTTER__
Email address: _SIDNEY POTTER @ YAHOO. COM_     Phone Number: (818) 298-4375
Address: Street, City, State, Zip Code _P.O. BOX 257 MARIPOSA, CA 95338_

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____, 20__     _____
Clerk of the Circuit Court     By: _____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS.
Sign here if you want the judge to review the clerk's decision: _____

**Docket No. 5**
**5/11/2021**
**Application for Civil Indigent Status**

Filing # 126530653 E-Filed 05/11/2021 01:14:57 AM

IN THE CIRCUIT/COUNTY COURT OF THE ___2ND___ JUDICIAL CIRCUIT
IN AND FOR ___LEON___ COUNTY, FLORIDA

CASE NO. ___2021 CA 000853___

DAVID SIDNEY POTTER
Plaintiff/Petitioner or in the interest of

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived

1. I have ___0___ dependents. (Include only those persons you list on your U.S. income tax return.)
Are you Married?...Yes (No) Does your Spouse Work? Yes (No) Annual Spouse Income? $ ___0___

2. I have a net income of $ ___17,000___ paid [ ] weekly [ ] every two weeks [ ] twice-monthly [ ] monthly (Yearly) ( ) other WHEN I WORK. I AM A WRITER.
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid [ ] weekly [ ] every two weeks [ ] semi-monthly [ ] monthly [ ] yearly [ ] other _____
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No")

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ | No | Veterans' benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Trusts | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle 'Yes' and fill in the value of the property, otherwise circle 'No')

| | | | | | |
|---|---|---|---|---|---|
| Cash | (Yes) $ 108.00 | No | Savings account | Yes $ 15.00 | No |
| Bank account(s) | (Yes) $ 1,500.00 | No | Stocks/bonds | Yes $ | (No) |
| Certificates of deposit or | | | Homestead Real Property | Yes $ | (No) |
| Money market accounts | Yes $ | (No) | Motor vehicle | (Yes) $ 1,700.00 | No |
| Boats | Yes $ | (No) | Non-homestead real property/real estate | Yes $ | (No) |
| | | | Other assets NEGATIVE NOI (NET OPERATING) | | |

Check one: [ ] DO (DO NOT) expect to receive more assets in the near future. The asset THE NET OPERATING LOSS IS $ 387,000 WHICH MAKES
is ___NOI___ A NEGATIVE INCOME FOR CALENDAR YEAR 2020)

5. I have total liabilities and debts of $ 537,000 as follows: Motor Vehicle $ 1,700 Home $ ___ Boat $ ___
$ ___ Non-homestead Real Property $ ___ Child Support paid direct $ ___ Credit Cards
$ 36,000 Medical Bills $ ___ Cost of medicines (monthly) $ ___ Other $ ___

6. I have a private lawyer in this case ___ Yes (No) *I RECEIVED A FEE WAIVER TWO TIMES ALSO ON PREVIOUS CASE FOR PROPERTY CONTRACT

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on ___4/7___, 20 21

Year of Birth ___1944___  Last 4 digits of Driver License or ID Number ___9578___

Signature of Applicant for Indigent Status

Print Full Legal Name ___DAVID SIDNEY POTTER___

Email address: DSIDNEYPOTTER@YAHOO.COM  Phone Number/s ___(518)218-4752___

Address: P.O. BOX 287, PASADENA, CA 91102
Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person.

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be [X] indigent [ ] Not indigent, according to s. 57.082, F.S.

Dated on ___5/11/2021___, 20 ___

Clerk of the Circuit Court
By ___Cynthia McNeal___, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS HEARING.
Sign here if you want the judge to review the clerk's decision _____

# Docket No. 6
# 5/13/2021
# Uniform Order for Active, Differential Civil Case Management

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, FLORIDA


David Sidney Potter,                                        CASE NO: 2021-CA-853

        Plaintiff,                                          CIVIL DIVISION

vs.

Angel Oak Mortgage Solutions, LLC,
et al.,

        Defendants.
_____/


## UNIFORM ORDER FOR ACTIVE, DIFFERENTIAL CIVIL CASE MANAGEMENT


In compliance with Florida Supreme Court directives on active, differential civil case management established in Supreme Court Administrative Order AOSC20-23, Amendment 12, and Second Judicial Circuit Administrative Order 21 - 04, all parties in the above-styled cause are bound by this Case Management Order.

**Plaintiff shall serve this order on all parties with service of the original complaint. Strict enforcement is required unless good cause is shown for an exception or as otherwise required by law.**

## I. PROJECTED TRIAL DATE

All **COUNTY COURT Civil cases** are designated **STREAMLINED CASES** with a projected trial date of **360 days** from the date of filing of the complaint.

All **CIRCUIT COURT Civil cases** for which the complaint **does not demand trial by jury** are designated **STREAMLINED CASES** with a projected trial date of **360 days** from the date of filing of the complaint.

All **CIRCUIT COURT Civil cases** for which the **complaint demands trial by jury** are **GENERAL CASES** with a projected trial date of **540 days** from the date of filing of the complaint.

**A change in the above designations may be made by the presiding judge on the judge's own initiative or upon motion of any party.** Should any party assert that a civil case should be treated other than designated above, such party shall file a written motion requesting such change and the motion shall be expeditiously resolved by the presiding Judge.

## II. Notice that Cause is at Issue and Firm Trial Date

The parties **must file a *Joint* Notice** that the Cause is at Issue **no later than 15 days after the pleadings are closed**. In the event of a dispute, either party may file a motion and request a hearing to determine if the cause is at issue.

Upon joint notice or judicial determination that the cause is at issue, the Court will schedule a Firm Trial Date consistent with the Projected Trial Date above unless either party requests a different date in their Notice that the Cause is at Issue. Should either party request a Firm Trial Date different than the Projected Trial Date, the Plaintiff shall expeditiously set a case management conference to determine the Firm Trial Date.

## III. Mandatory Deadlines for *Streamlined* Cases

If this case is designated as a STREAMLINED CASE, the following deadlines shall apply and, by directive of the Florida Supreme Court, must be strictly enforced unless good cause is shown for an exception or as otherwise required by law:

> 120 days after filing:  Service of Complaints
> 150 days after filing:  Service under any Extension of Time
> 180 days after filing: Adding New Parties
> 210 days after filing:  Resolution of Objections to Pleadings and Motions to Dismiss
> 270 days after filing:  Completion of Fact and Expert Discovery
> 270 days after filing:  Resolution of Pretrial Motions, including Motions for Summary Judgment

## IV. Mandatory Deadlines for *General* Cases

If this case is designated as a GENERAL CASE, the following deadlines shall apply and, by directive of the Florida Supreme Court, must be strictly enforced unless good cause is shown for an exception or as otherwise required by law:

120 days after filing:  Service of Complaints
180 days after filing:  Service under any Extension of Time
210 days after filing:  Adding New Parties
270 days after filing:  Resolution of Objections to Pleadings and Motions to Dismiss
400 days after filing:  Completion of Fact and Expert Discovery
450 days after filing:  Resolution of Pretrial Motions, including Motions for Summary Judgment

## V.  Mediation

All parties must mediate unless excused by court order for good cause shown or as otherwise required by law and in compliance with Rules of Civil Procedure 1.700 - 1.730.

## VI.  Noncompliance

**By Order of the Florida Supreme Court, strict, good faith compliance with this Uniform Order for Active, Differential Civil Case Management is required unless good cause is shown for an exception or as otherwise required by law.  These procedures and time standards do not supplant any existing rule, statute, or law.**

**Failure to appear at the pretrial conference or failure to comply with the terms of this order may result in such sanctions as are just and lawful including:   an immediate ex parte hearing and entry of final judgment of default or dismissal, limitation of witnesses or other evidence, striking of claims or defenses, or imposition of attorney fees or costs.**

## VII.  Hearings by Audio-Video Technology

During the COVID-19 Public Health Emergency, all hearings other than jury selection and trial *shall* be conducted consistent with Florida Supreme Court and Second Circuit Administrative Order by audio-video technology.  Each judge is responsible to establish the process for such audio-video technology hearings by notice of hearing including technology access.

After the conclusion of the COVID-19 Public Health Emergency all hearings other than jury selection and trial *may* be conducted by audio-video technology.  Each

judge is responsible to establish the process for such audio-video technology hearings by notice of hearing including technology access.

DONE AND ORDERED in Tallahassee, Leon County, Florida on this _13th_ day of May, 2021.

John C. Cooper
Circuit Judge

Copies to:

All Counsel of Record

E-Filed and E-Served
by SB on MAY 1 3 2021

# Docket No. 7
# 5/13/2021
# Request to Correct Case Style

To:     Leon County Court Clerk

From:   D. Sidney Potter

Re:     Case Style name for case #2021 CA 000853

Date:   5/13/2021

Please change to the Case Style name to the following: David Sidney Potter.  Presently it reads David Potter.  Thank you much.

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT COURT OF THE <u>SECOND</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>   COUNTY, FLORIDA

<u>DAVID SIDNEY POTTER</u>
Plaintiff

Case # _<u>2021 CA 000853</u>_

Judge _____

vs.

<u>Mark Lively, Angel Oak Mortgage Solutions, LLC, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S Conerly, Donna Lynn Harkness</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

### III.    TYPE OF CASE    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☒ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☒ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.      REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.      NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

   <u>6</u>

**VI.      IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.      HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.      IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ D. Sidney Potter</u>        Fla. Bar #
        Attorney or party           (Bar # if attorney)

<u>D. Sidney Potter</u>        <u>05/07/2021</u>
  (type or print name)        Date

# Docket No. 8
# 5/17/2021
# Amended Complaint

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

# IN THE CIRCUIT COURT OF THE
## SECOND JUDICIAL DISTRICT, IN AND FOR
## LEON COUNTY, FLORIDA

David Sidney Potter,

       Plaintiff

vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

       Defendants

**COMPLAINT AND JURY DEMAND**
Leon County
Case No. __2021 CA 000853__

---

**CAUSES OF ACTIONS:**
**COUNT 1: FIRST CAUSE OF ACTION (Wrongful Termination in Violation of Public
     Policy Against All Defendants)**
**COUNT 2: SECOND CAUSE OF ACTION (Breach of Contract Against All Defendants)**
**COUNT 3: THIRD CAUSE OF ACTION (Age Discrimination)**
**COUNT 4: FOURTH CAUSE OF ACTION (Violation of Florida's Whistleblower Act)**
**COUNT 5: FIFTH CAUSE OF ACTION (Violation of The Consumer Financial Protection
     Act)**
**COUNT 6: SIXTH CAUSE OF ACTION (Non-Payment of $15,000 Signing Bonus)**

---

# TABLE OF CONTENTS

I. THE NATURE OF THE ACTION………………………………………………........3

II. PARTIES...................................................................................................6

III. JURISDICTION AND VENUE…………………………………….…….…..…7

IV. FACTUAL ALLEGATIONS………………………………………………….…7

V. EXHAUSTION OF ADMINISTRATIVE REMEDIES………………………............8

VI. ARGUMENT

       FIRST CAUSE OF ACTION (Wrongful Termination in Violation of Public Policy Against All Defendants)………………………………….…….……….............9

       SECOND CAUSE OF ACTION (Breach of Contract Against All Defendants)……..11

       THIRD CAUSE OF ACTION (Age Discrimination)……………………………..12

       FOURTH CAUSE OF ACTION (Violation of Florida's Whistleblower Act)……….13

       FIFTH CAUSE OF ACTION (Violation of the Consumer Financial Protection Act).14

       SIXTH CAUSE OF ACTION (Non-Payment of $15,000 Signing Bonus)..……....…15

VII. PRAYER FOR RELIEF…………………………………………….……..…..…15

VIII. DEMAND FOR JURY TRIAL………………………………………………......16

  IX. EXHIBITS.....……………………………………………………………....….17

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*********** False Claims Act & Qui Tam ***********

Notice is hereby given that Plaintiff reserves the right to further his claim against said Defendants in the False Claims Act and Que Tam. The absence of such claim in this subject litigation does not preclude Plaintiff from exercising such right. False Claims Act is 31 U.S.C. Sections 3729-3733

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Page 3

Plaintiff D. Sidney Potter alleges as follows:

## THE NATURE OF THE ACTION

1.      The case involves the wrongful termination of D. Sidney Potter by Angel Oak Mortgage Solutions, (herein known as ANGEL OAK), a mortgage lender that is regionally based in Atlanta, GA (as the registered location).  The employee, D. Sidney Potter (herein known as Potter), who would be entitled to different protections as a contractor, was hired and started as an employee with ANGEL OAK on March 29, 2021 from their Georgia office at 980 Hammond Drive, Suite 850, Atlanta, GA 30328, and was subsequently fired May 7, 2021. Mr. Potter accepted employment from ANGEL OAK while in Florida (see Exhibits for State of Florida identification card), and subsequently worked in North Carolina while under the employ of ANGEL OAK.  Mr. Potter has never been to the offices of ANGEL OAK in Georgia. For purposes of jurisdiction, Florida law and statue dominates this case; procedurally and legally, in terms of personal justification and venue, and legal jurisdiction. All counties are applicable, since ANGEL OAK operates in all counties.

2.      The Plaintiff, D. Sidney Potter, is an experienced mortgage operations consultant who has worked on dozens of projects over a 13-year period for an inordinate number of banks, finance companies, and mortgage analytics firms.  Some of the companies include the following: GE Money, IndyMac, Ameriquest, Bank of America, Countrywide, Merrill Lynch, Bank One, Washington Mutual and Wells Fargo.  Along with those latter named Fortune 500 companies, Potter has worked with Big Six consulting firms, such as Arthur Andersen, Accenture, Deloitte & Touché, Cognizant and Ernst & Young.  In terms of project locations, they include Boston, Jacksonville, Charlotte, Minneapolis, Dallas, San Francisco, Phoenix, Detroit and Los Angeles. In addition to whom and where Potter has worked, he has primarily been engaged in several

capacities when on site as a mortgage operations consultant.  Those mortgage operation "hats" include the role of a mortgage underwriter, repurchase analyst, due diligence processer, quality control auditor and as a mortgage analyst.  In his various roles, it has been necessary to achieve certification and authorization designations in order to perform certain functions, such as that of an underwriter.  Over a 13-year period, it is estimated that Potter has taken hundreds of assessments and continuing education courses at the various banks he has worked during his role as a mortgage operations consultant.

3.     The Plaintiff, D. Sidney Potter is a published author and writes for several well-known online periodicals, such as The Huffington Post, CNN (iReports), Politico, Inman and CounterPunch.  He is considered a subject matter expert (SME) in the mortgage and real estate industry.  Some of his work includes on camera talent for "how to" instruction videos in real estate and mortgages for Demand Studies.  In 2011, he was named "Person of the Week" from Mortgage Orb Magazine, in addition to being quoted directly via other online periodicals, and subsequently in 2017, was mentioned as a person to watch in Inman Real Estate magazine for his prowess in real estate and his Jack Kerouac like travels as a journeyman writer.

4.     The Plaintiff, D. Sidney Potter, successfully passed the preliminary test cases administrated verbally by ANGEL OAK precedent to employment. The Defendant, ANGEL OAK choose to rely on these preliminary assessments to hire Potter as an Underwriter.

5.     As a result of ANGEL OAK's wrongful termination of Potter's employment on May 7, 2021, and despite employment being conveyed as "guaranteed" and continually – unless otherwise stated for the next 10 years as expressed by ANGEL OAK, the following employees of ANGEL OAK: Mark Lively, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S. Conerly (aka Isedore S. Smith), and Donna Lynn Harkness, are apart of this legal complaint via the legal

Page 4

theory of Respondeat Superior.  It is worth noting that ANGEL OAK will be sued in a companion lawsuit as a result of the unlawful conduct of additional employees not herein named as Defendants, wherein Potter has suffered serious economic harm as a result of discriminatory treatment and wrongful termination.   A default judgment against individually named Defendants will result in reporting to credit reporting agencies: Equifax, Experian and TransUnion.

6.      In particular, a formal job discrimination complaint with the EEOC will be filed in the Tampa, Florida within the next 60 days and be made apart of this compliant.

7.      This lawsuit seeks to redress the harm suffered by Potter and shed light on the discriminatory employment practices that have pervaded ANGEL OAK throughout Potter's tenure while employed.

8.      Defendants had no right to terminate Potter's employment at ANGEL OAK under these circumstances, and Defendants wrongful and tortuous conduct has resulted in damage to Potter in an amount as-of-yet undetermined.  More specifically, this lawsuit seeks an as-of-yet undetermined amount of money and to force ANGEL OAK to implement safeguards to prevent financial harm to its customers; in addition that other non-Whistleblower claims to be substantially punitive in terms of damages and to be determined by a jury of Potter's peers and/or a bench decision by this Court. In terms of Whistleblower damages, refer to the Florida Whistleblower Act and the Consumer Financial Protection Act for compensatory damages and injunctive relief contained herein. In addition, ANGEL OAK has not fully redressed allegations of predatory lending as to the 'benefit to borrower' criteria as established by The Dodd-Frank Act of 2010.

## **PARTIES**

9.      Plaintiff, D. Sidney Potter ("Potter" or "Plaintiff") is, and at all relevant times was, an individual working as a mortgage operations consultant based in California and North Carolina, whilst conducting business under his sole proprietorship entitled Potter Equities.  For the work performed for ANGEL OAK, the Plaintiff was temporally in the State of North Carolina, and maintains ties to Florida as evidenced with his current State of Florida identification.  Employment laws in North Carolina are applicable to the case at hand. The second venue is California, wherein the Plaintiff may file in Los Angeles County.

10.      Plaintiff is informed and believes and based thereon alleges that Defendant, ANGEL OAK, is, and at all relevant times was, a corporation that conducts business, and is organized and existing under the laws of the State of Florida, doing business in the County of Leon, State of Florida. ANGEL OAK is registered with the Florida Office of the Division of Corporations, 2415 N Monroe St Suite 810, Tallahassee, FL 32303.   The company identification is 46-4200240. The registrant for ANGEL OAK is InCorp Services, Inc, located at 17888 67th Court North, Loxahatchee, FL 33470.

11.      Plaintiff is informed and believes and based thereon alleges that Defendant, ANGEL OAK, is, and at all relevant times was, a corporation that conducts business, and is organized doing business in the County of Wake, State of North Carolina.  The address of record for ANGEL OAK is 7780 Brier Creek Pkwy #300, Raleigh, NC 27617.

12.      Plaintiff is informed and believes, and based thereon alleges, that each Defendant; and the following employees of ANGEL OAK: Mark Lively, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S. Conerly (aka Isedore S. Smith), and Donna Lynn Harkness, at all times mentioned in this complaint was the agent, employee, partner, joint venturer, co-

Page 6

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

conspirator, and/or employer of the other Defendants and was at all times herein mentioned acting within the course and scope of that agency, employment, partnership, conspiracy, ownership or joint venture.  Plaintiff is further informed and believes, and thereon alleges, that the acts and conduct herein alleged of each Defendant was known to, authorized by and/or ratified by the other Defendants, and each of them.

## JURISDICTION AND VENUE

13.     Jurisdiction and venue are proper in this Court because, ANGEL OAK, incorporated in the State of Florida, is registered with the Florida Office of the Division of Corporations, 2415 N Monroe St Suite 810, Tallahassee, FL 32303.   The company identification is 46-4200240. The registrant for ANGEL OAK is InCorp Services, Inc, located at 17888 67th Court North, Loxahatchee, FL 33470.

14.     The Plaintiff, D. Sidney Potter accepted employment and executed an employment agreement on March 29, 2021 with ANGEL OAK for the purpose of performing work for ANGEL OAK, emanating from conversations whilst in the State of Florida.

15.     The amount in controversy in this matter exceeds the sum of $25,000, exclusive of interest and costs.

## FACTUAL ALLEGATIONS

16.     As noted earlier, the employee, D. Sidney Potter, successfully passed training as verbally administrated by ANGEL OAK employee Isedore S. Conerly (aka Isedore S. Smith) and Donna Lynn Harkness. The employer, ANGEL OAK, authorized said training.

17.     As a result of the success of the training, Potter was offered a position with ANGEL OAK.

18.     Companies enjoy a strong degree of discretion to 'fire and hire' mortgage employees at their whim – and do so with an alarming zest.  Potter has witnessed this dysfunctional behavior firsthand and understands – however morally and ethically wrong, that there are few if no repercussions for employers who engage in this quasi "white collar" ethnic cleansing.  Potter is also cognizantly aware that these very same employers cannot fire an employee based on a charge of wrongful termination and/or discriminatory nature.  The Defendants are liable for this breach of American jurisprudence, in that they have skirted the law under the pretext of ending Potter's assignment under the guise that as an "employee-at-will" he was fireable at any moment, when infact they are guilty of breaking the law by willfully committing an unlawful termination.  In part, it is "what they do".

19.     To be brief, the employee, D. Sidney Potter, had his position eliminated – in part because of a subjective bias in his performance competencies, wherein his competency was at or above the requisite level.  A statistical analysis will prove this fact.  This is against the law, and as a result, ANGEL OAK will have to reimburse Potter for his economic loss.

20.     Furthermore, once legal discovery is commenced by both Plaintiff and Defendant Counsel, the facts will bear that the employee, D. Sidney Potter, had his position eliminated because he notified in writing that there were inconsistency in underwriting standards, that would in part or whole evidence that ANGEL OAK engaged in unlawful discriminatory lending practices as mandated by the Dodd-Frank Act, ECOA, RESPA and The Truth and Lending Act.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

21.     Not all wrongful discharge claims are discrimination-based. If an employee is given a contract of employment, either expressly or impliedly and/or verbally, and is terminated before the expiration of, and in violation of, under that contract he or she is entitled to bring a

claim for wrongful discharge and breach of employment contract.  **As such, the claim brought by Plaintiff is not subject to exhaustive remedies, per EEOC, but will be filed within 60 days**.

22.     ANGEL OAK, a mortgage lender company of approximately 500 employees that hires mortgage banking professionals, like the Plaintiff, for mortgage operations work, will try to suggest that the email from ANGEL OAK, dated May 7, 2021, somehow acts as a release against any and all future claims against ANGEL OAK.  And that the employment agreement signed shortly before the commencement of work on March 29, 2021 nullifies any post-employment legal claims, is wholly inaccurate and supercilious   And even if ANGEL OAK tried to suggest that Potter was precluded from suing them directly for any and all reasons under the sun, ANGEL OAK cannot succeed on this frivolous claim and Mickey Mouse assertion.  The courts have long frowned upon blanket assertions of unsubstantiated claims and any other similar facsimile or quasi agreement (i.e., Arbitration/AAA), which are drafted, amended and submitted by employers to employees in a non-arm's length capacity; as an all-inclusive defense and/or an attempt to absolve them of any future litigation.  The litigation at hand against all Defendants is predicated upon its own merits, and is not subject to an inapplicable email, letter or agreement, but rather the allegations presented thereon will be subject to the reasoning of the trier of fact, either from the bench or by jury trial, that will adjudicate in part and/or in full on behalf of the aggrieved party, that being the Plaintiff himself.

## FIRST CAUSE OF ACTION

### (Wrongful Termination in Violation of Public Policy Against All Defendants)

23.     Plaintiff repeats and re-alleges the allegations of Paragraphs 1 through 22 above, and incorporates those allegations herein by reference.

24.     Potter's employment with ANGEL OAK was terminated by Defendants in violation of fundamental public policy of the State of Florida since he was wrongly terminated based on Whistleblowing activity and as a result of his entire test assessments falsely alleged of not being substantially above what other underwriters at this ANGEL OAK mortgage unit have performed at.  This by any other name is discriminatory.  Holding the Plaintiff to a higher standard not required by other employees is clearly a violation of Plaintiffs' rights.

25.     As set forth above, the actions and conduct of Defendants were wrongful and in violation of the fundamental principles of the public policy of the State of Florida, the State of California, and the State of North Carolina, as reflected in their respective laws objectives and policies.

26.     More specifically, ANGEL OAK terminated Potter's employment in violation of important and well-established public policies, as set forth in various state statutes and Constitutional provisions including but not limited to Const. Art. I section 8.

27.     In committing the foregoing acts, ANGEL OAK is guilty of oppression, fraud, and/or malice under Florida Civil Code section 3294, thereby entitling Potter to punitive damages in a sum appropriate to punish and make an example out of ANGEL OAK.

28.     As a direct and proximate result of the Defendants' conduct, Potter has suffered general and special damages for, *inter alia*, the loss of the compensation he would have received in connection with continued employment with ANGEL OAK, in an amount as-yet-to-be determined and according to proof at the time of trail.

29.     Potter is informed and believes and based thereon alleges that the above-described conduct of Defendants was willful and intentional and done with malice, fraud and oppression, and constitutes despicable conduct in conscious and reckless disregard of Potter's rights and

interest, such that the conduct warrants the imposition of punitive damages in a sum appropriate to punish Defendants, and each of them, and to deter Defendants from engaging in future similar misconduct, the exact sum subject to proof at the time of trial.

30.     Potter has been damaged in an amount within jurisdictional limits of this Court.

## SECOND CAUSE OF ACTION

### (Breach of Contract Against All Defendants)

31.     Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 22 above, and incorporates those allegations herein by reference.

32.     Defendants anticipatorily repudiate and materially breached the Implied Covenant of Good Faith, the implied employment agreement, and the verbal agreement (herein all three elements referred to as Agreement), that Potter accepted before commencing work for the named Defendants to perform the duties of the job.

33.     Potter has performed all conditions, covenants and promises required pursuant to the terms of the Agreement, except to the extent such performance was waived executed or prevented by reason of the acts or omissions of Defendants.

34.     As a direct and proximate result of the anticipatory and material breach and the conspiratorial conduct by both Defendants as it relates to a breach against all Defendants; wherein each party subverted their fiduciary responsibility to the Plaintiff; and as such Potter has suffered general and special damages for, *inter alia*, the loss of the compensation he would have received in connection with loss of the compensation he would have received in connection with continued employment with ANGEL OAK, in an amount as-yet-to-be determined and according to proof at the time of trial.

Page 11

35.     Potter is also entitled to an award of his reasonable lawyer's fees and costs pursuant to Florida Civil Code section 1717, wherein Potter anticipates that he will hire legal representation for this case in the near future.

### THIRD CAUSE OF ACTION

#### (Age Discrimination)

36.     The Plaintiff has been treated differently than similarly situated employees by Defendants in the terms and conditions of his employment because of his age, and professional responsibilities.

37.     Defendants engaged in illegal discrimination against the Plaintiff because of his age, as validated by the hire practices of the ANGEL OAK.

38.     Defendants have engaged in intentional age discrimination in the terms and conditions of the Plaintiff's employment, including, but not limited to, the Plaintiff's termination.

39.     Defendants' conduct violates Title VII and The Age Discrimination in Employment Act of 1967.

40.     No later than June 30th, 2021, the Plaintiff will have filed a timely Charge of Discrimination against ANGEL OAK, alleging age discrimination with the Equal Employment Opportunity Commission ("EEOC"). A true and accurate copy of the EEOC Charge of Discrimination Inquiry Number XXX-2021-XXXXX will be attached to an amended complaint and will be filed at the EEOC office at 501 E. Polk St, Suite 1000, Tampa, FL 33602. Per the EEOC requirements, the Plaintiff will submit a signed statement to the EEOC asserting that an organization engaged in employment discrimination, thus preempting a formal in-person or phone interview with EEOC.

41.     As of and no later than June 30st, 2021, the Plaintiff will file a timely Charge of Discrimination against ANGEL OAK alleging any additional charges as deemed necessary after

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

Page 12

conferring with legal counsel, with the Equal Employment Opportunity Commission ("EEOC"). A true and accurate copy of the EEOC Charge of Discrimination Inquiry Number XXX-2021-XXXXX, will be attached to an amended complaint and will be filed at the EEOC Los Angeles office, located at 255 E Temple St, Los Angeles, CA 90012. Per the EEOC requirements, the Plaintiff will submit a signed statement to the EEOC asserting that an organization engaged in employment discrimination, thus preempting a formal in-person or phone interview with EEOC.

42.     The Plaintiff will have satisfied all statutory prerequisites for filing this action.

43.     Defendants' discriminatory conduct, in violation of Title VII and The Age Discrimination in Employment Act of 1967, has caused the Plaintiff to suffer a loss of pay, benefits, and prestige.

44.     Defendants' actions have caused Plaintiff to suffer mental and emotional distress, entitling him to compensatory damages pursuant to 42 U.S.C. § 1981a.

45.     Defendants have engaged in discriminatory practices with malice and reckless indifference to the Plaintiff's federally protected rights, thereby entitling him to punitive damages pursuant to 42 U.S.C. § 1981a, with a true and accurate copy of the both EEOC Charges of Discrimination. Notwithstanding the EEOC filing, Plaintiff still asserts his rights in this case in that a federal question is at hand for the Court to determine.

## FOURTH CAUSE OF ACTION

### (Violation of Florida's Whistleblower Act, per Statute 448.102)

46.     The FWA (Florida Statute Section 448.102) prohibits private-sector employers from retaliating against employees who report employers' legal violations to authorities or who refuse to participate in violations of the law. To prove a prima facie case under the FWA, the plaintiff must establish that:

1.  he or she engaged in statutorily protected expression;

2.  he or she suffered an adverse employment action; and

3.  the adverse employment action was causally linked to the protected activity.

Confusion as to what employees need to show to claim protection under the FWA has persisted since 2015, when a Florida appellate court, unlike another court, held that the employee must show an actual violation of the law. *Kearns v. Farmer Acquisition Co. d/b/a Charlotte Honda*, 157 So.3d 458 (Fla. 2d DCA 2015). Another Florida appellate court had held two years earlier that an employee need only show that he or she had a good-faith belief a violation occurred when claiming protection under the law. *Aery v. Wallace Lincoln-Mercury, LLC*, 118 So. 3d 904, 916 (Fla. 4th DCA 2013).

47.      Since *Aery*, Florida's federal district courts have adopted the good-faith belief standard, concluding that *Kearns* did not directly conflict with *Aery*, and that *Aery* was the law of the state. Under the good-faith belief standard, if an employee refuses to engage in an activity at work because he or she *mistakenly believed* the activity is illegal, the employee likely will enjoy whistleblower protections from any adverse employment action arising out of not performing his or her job. Critics argue that this frustrates Florida's status as an at-will employment state.

## **FIFTH CAUSE OF ACTION**

### **(Violation of the Consumer Financial Protection Act, per Title X of the Dodd-Frank Act)**

48.      The anti-retaliation provision of the Consumer Financial Protection Act provides a cause of action for corporate whistleblowers who suffer retaliation for raising concerns about potential violations of rules or regulations of the Consumer Financial Protection Bureau.  In addition, the CFPA whistleblower law proscribes a broad range of adverse employment actions, including terminating, "intimidating, threatening, restraining, coercing, blacklisting or

Page 14

disciplining, any covered employee or any authorized representative of covered employees" because of the employee's protected whistleblowing.

## SIXTH CAUSE OF ACTION

### (Non-Payment of $15,000 Signing Bonus)

49.   Either through breach of contract, intentional amnesia or fraud, ANGEL OAK did not pay Plaintiff the $15,000 signing bonus that had been promised to him before commencing employment. Discussions with the following employees: Isedore S. Conerly (aka Isedore S. Smith), will validate the $15,000 signing bonus.  Exhibits contained herein authenticate ANGEL OAK's advertisements of bonus; before, during, and after the hiring of Plaintiff, in addition to online evidence of ANGEL OAK's obfuscation of said promises to pay bonus money to employees, and then the subsequent breach of said commitments, in addition to the coercion of ANGEL OAK employees from management to post positive reviews of the company on various employment websites.

## PRAYER FOR RELIEF

50.   For general damages, according to proof on each cause of action for which such damages are available.

51.   For special damages, according to proof on each cause of action for which such damages are available.

52.   For compensatory damages, according to proof on each cause of action for which such damages are available.

53.   For punitive damages, according to proof on each cause of action for which such damages are available.

54.   For declaratory and injunctive relief as appropriate.

55    For reasonable lawyer fees incurred in this action, should the Plaintiff hire a lawyer to handle this litigation.

56.   As proscribed by law per under the Florida's Whistleblower Act for compensatory damages, that include and not limited for emotional distress and mental anguish (Aery, 118 So.3d at 914-15), (Fla. Stat. s. 448.103[2]).

57.   As proscribed by law per under the Consumer Financial Protection Act, a violation results in Defendant liable for punitive, compensatory or special damages, in addition to reinstatement, back pay and front pay in lieu of reinstatement to the Plaintiff. (See §1057. EMPLOYEE PROTECTION of the Consumer Financial Protection Act of 2010).

58.   As proscribed by law per under the Consumer Financial Protection Act, an award of 10% to 30% of the sanctions collected from subject financial institution.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 and Florida Jurisdiction §34.01, Potter hereby demands a jury trial on all issues so triable.

Dated:  this 7th of May 2021.


Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

Page 16

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th of May 2021, a copy of the foregoing was sent via first class mail to:

_____

<u>Defendant Addresses:</u>

Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>  COUNTY, FLORIDA

<u>DAVID SIDNEY POTTER</u>
Plaintiff

Case # ___<u>2021 CA 000853</u>___
Judge _____

vs.

<u>Mark Lively, Angel Oak Mortgage Solutions, LLC, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S Conerly, Donna Lynn Harkness</u>
Defendant

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☒ over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐ Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☒ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>6</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ D. Sidney Potter</u>      Fla. Bar #
      Attorney or party          (Bar # if attorney)

<u>D. Sidney Potter     </u>     <u>05/07/2021</u>
  (type or print name)        Date



### Gwen Marshall
### Leon County Clerk of Circuit Court
### E-Filing Portal

⊕ View NEF   ⊕ My Cases   ⊕ My Submissions   ⊕ Sign Out

⊕ Pleading on Existing Case   ⊕ Case Initiation

⊕ Workbench   ⊕ My Alerts   ⊕ E-Filing Map

⊕ CCIS

| My Account ▾ | Filing Options ▾ |
|---|---|

Welcome - D. Sidney Potter
Last signed in on - 05/07/2021 05:31:13 PM

**News & Information**

- **08/15/2017** Electronic Mortgage Foreclosure Sale Fee Read More ...
- **08/15/2017** Portal Document Standards Read More ...

## Notice of Electronic Filing - Submission # 126394426

**Notice of Service of Court Documents**

**Filing Information**

Filing #:        126394426
Filing Time:     05/07/2021 01:47:45 PM ET
Filer:           D. Sidney Potter 818-298-4388
Court:           Second Judicial Circuit in and for Leon County, Florida
Case #:          New Case
Court Case #:    NEW CASE
Case Style:      DAVID SIDNEY POTTER VS Angel Oak Mortgage Solutions, LLC et al.

**Documents**

| Title | File |
|---|---|
| Circuit Civil/Family Law Cover Sheet | CivilCoverSheet.pdf |
| Complaint Concerning Discrimination | AngelOak_Complaint_Florida_LeonCnty.pdf |
| Document 3 | AngelOak_FeeWaiver.pdf |

**E-service recipients selected for service:**

| Name | Email Address |
|---|---|
| D. Sidney Potter | dsidneypotter@yahoo.com |

**E-service recipients not selected for service:**

| Name | Email Address |
|---|---|
| No Matching Entries | |

This is an automatic email message generated by the Florida Courts E-Filing Portal. This email address does not receive email.

Thank you,
The Florida Courts E-Filing Portal

Terms Of Use  |  Privacy Statement  |  Accessibility  |  Request E-Filing Support  |  E-Filing Authority

© 2013 CiviTek



Department of State / Division of Corporations / Search Records / Search by Entity Name /

---

# Detail by Entity Name

Foreign Limited Liability Company
ANGEL OAK MORTGAGE SOLUTIONS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | M14000000263 |
| **FEI/EIN Number** | 46-4200240 |
| **Date Filed** | 01/14/2014 |
| **State** | DE |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 09/19/2014 |
| **Event Effective Date** | NONE |

**Principal Address**

980 Hammond Drive
Suite 850
ATLANTA, GA 30328

Changed: 06/29/2016

**Mailing Address**

980 Hammond Drive
Suite 850
ATLANTA, GA 30328

Changed: 06/29/2016

**Registered Agent Name & Address**

INCORP SERVICES, INC.
17888 67TH COURT NORTH
LOXAHATCHEE, FL 33470

**Authorized Person(s) Detail**

**Name & Address**

Title Member

Parker Ellis LLC
980 Hammond Drive
Suite 850
ATLANTA, GA 30328

Title MBR

Angel Oak Lending, LLC
980 Hammond Drive
Suite 850
ATLANTA, GA 30328

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2018 | 04/30/2018 |
| 2019 | 05/01/2019 |
| 2020 | 04/24/2020 |

**Document Images**

| | |
|---|---|
| 04/24/2020 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2019 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/27/2017 -- ANNUAL REPORT | View image in PDF format |
| 06/29/2016 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 03/30/2016 -- ANNUAL REPORT | View image in PDF format |
| 05/01/2015 -- ANNUAL REPORT | View image in PDF format |
| 09/19/2014 -- LC Amendment | View image in PDF format |
| 01/14/2014 -- Foreign Limited | View image in PDF format |

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Limited Liability Company

**Legal Name**

Angel Oak Mortgage Solutions LLC

# Information

**SosId:** 1357337

**Status:** Current-Active ⓘ

**Date Formed:** 1/17/2014

**Citizenship:** Foreign

**State of Incorporation:** DE

**Annual Report Due Date:** April 15th

Current**Annual Report Status:**

**Registered Agent:** Incorp Services, Inc.

# Addresses

**Reg Office**

176 Mine Lake Court, Suite 100
Raleigh, NC 27615-6417

**Reg Mailing**

176 Mine Lake Court, Suite 100
Raleigh, NC 27615-6417

**Mailing**

980 Hammond Drive, Suite 850
Atlanta, GA 30328

**Principal Office**

980 Hammond Drive, Suite 850
Atlanta, GA 30328

# Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Member**

Angel Oak Lending, LLC
980 Hammond Drive, Suite 850
Atlanta GA 30328

**Member**

Parker Ellis LLC
980 Hammond Drive, Suite 850
Atlanta GA 30328

**Docket No. 9**
**5/17/2021**
**Clerk's Entry: Email sent to Judges**
**(Screenshot Follows)**

| 5/17/2021 | EMAIL | EMAIL SENT TO JUDGES JA RE SERVICE OF COURT DOCUMENT – 2021 CA 000853, POTTER, DAVID SIDNEY VS. LIVELY, MARK WITH 1 ATTACHMENTS: AMCO-5/17/2021 | BM |
| | 9 | | |

**Docket No. 10**
**5/22/2021**
**Request**

To:        2nd Judicial Court of Florida
From:      D. Sidney Potter
Date:      5/22/2021
Re:        Summons for Defendants in Potter vs. Angel Oak Mortgage Solutions, LLC, et al. (Case No. 2021 CA 000853)

Leon County Court Clerk-
I would request that Summons be issued for the Defendants listed below.  It is my understanding that the summons will be available to me through ePortal and/or emailed to me direct.  Thank you in advance in forwarding the summons to me so I may have the Defendants properly served.  Thank you.
D. Sidney Potter

Defendant Addresses:
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**Docket No. 11**
**5/22/2021**
**Summons Issued**

IN THE ___LEON___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

___D. SIDNEY POTTER___,          Case No.: ___000853___

Plaintiff/Petitioner,

vs.

___MARK LIVELY___,

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* ___MARK LIVELY___
*{address(including city and state)/location for service}* ___5221 NORTH O'CONNOR BLVD, SUITE 600___
___IRVING, TX, 75039___

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* _____
___D. SIDNEY POTTER, P.O. BOX 287, PASADENA, CA 91102___

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301.  Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

### IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____5/24/2021_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

**Docket No. 12**
**5/22/2021**
**Application for Indigent Status — Copy**

IN THE CIRCUIT/COUNTY COURT OF THE ___2ND___ JUDICIAL CIRCUIT
IN AND FOR ___LEON___ COUNTY, FLORIDA

DAVID SIDNEY POTTER
Plaintiff/Petitioner or in the interest of
CASE NO. _____

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived. Other costs and fees are not waived.

1. I have ___0___ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you married? Yes (No) Does your Spouse Work? Yes (No) Annual Spouse Income? $_____

2. I have a net income of $ 17,000 paid ( ) weekly ( ) bi-weekly ( ) semi-monthly ( ) monthly ( ) yearly ( ) other WHEN I WORK. I AM A WAITER.
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

| | | | | | | |
|---|---|---|---|---|---|---|
| Second Job | Yes $ | No | Veterans' benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Private | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle 'yes' and fill in the value of the property, otherwise circle 'No'.)

| | | | | | | |
|---|---|---|---|---|---|---|
| Cash | Yes $ 108 | No | Savings account | Yes $ 15 | No |
| Bank account(s) | Yes $ 2,500 | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle | Yes $ 1,700 | No |
| Boats | Yes $ | No | Non-homestead real property/real estate | Yes $ | No |
| | | | Other assets NEGATIVE NOI (NET OPERATING) | Yes $ ($ 387,000) |

Check one ( ) DO (X DO NO) expect to receive more assets in the near future. The asset THE NET OPERATING LOSS IS $387,000 WHICH MAKES A NEGATIVE INCOME FOR CALENDAR YEAR 2020
is _____ NOL

5. I have total liabilities and debts of $ 387,000 as follows: Motor Vehicle $ 1,700 Home $_____ Boat $_____
$_____ Non-homestead Real Property $_____ Child Support paid direct $_____ Credit Cards $_____
$ 387,000 Medical Bills $_____ Cost of medicines (monthly) $_____ Other $_____

6. I have a private lawyer in this case ____ Yes (No) AS I REQUIRED A FEE WAIVER TWO TIMES FROM OAK MORTGAGE CAASE FEE WAIVER CONSTANT

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __4/7__ 20_21_

Year of Birth __1964__ Last 4 digits of Driver License or ID Number __5-78__
Email address: DSIDNEY POTTER @ YAHOO.COM
P.O. BOX 257, PASADENA, CA 91102
Address: Street, City, State, Zip Code

Signature of Applicant for Indigent Status
Print (or Legal) Name: DAVID SIDNEY POTTER
Phone Number(s): (310) 298-4393

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) indigent ( ) not indigent, according to s. 57.082, F.S.

Dated on _____ 20__

Clerk of the Circuit Court
By _____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

# Docket No. 13
# 5/22/2021
# Summons Issued

IN THE _____ LEON _____ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

_D. SIDNEY POTTER_____,     Case No.: ___000853____

Plaintiff/Petitioner,

vs.

_ANGEL OAK MORTGAGE SOLUTIONS, LLC_,

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* ANGEL OAK MORTGAGE SOLUTIONS, LLC
*{address(including city and state)/location for service}* 980 HAMMOND DRIVE, SUITE 850
ATLANTA, GA 30328

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days** [1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* _____
D. SIDNEY POTTER, P.O. BOX 289, PASADENA, CA 91102

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L 'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: ___5/24/2021_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____
                    Deputy Clerk

**Docket No. 14**
**5/22/2021**
**Application for Indigent Status — Copy**

Filing # 127337797 E-Filed 05/22/2021 11:54:04 AM

IN THE CIRCUIT/COUNTY COURT OF THE ____ 2ND ____ JUDICIAL CIRCUIT
IN AND FOR ____ LEON ____ COUNTY, FLORIDA

DAVID SIDNEY POTTER
Plaintiff/Petitioner or in the interest of

CASE NO. _____

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived. Other costs and fees are not waived.

1. I have ___0___ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you married? Yes (No)  Does your Spouse Work? Yes (No)  Annual Spouse Income? $_____

2. I have a net income of $ 17,000 paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (✓) yearly ( ) other  WHEN I WORK. I AM A WAITER
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Second job | Yes $ | No | Veterans benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Private | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle 'yes' and fill in the value of the property, otherwise circle 'No'.)

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ 108 | No | Savings account | Yes $ 15 | No |
| Bank accounts | Yes $ 2,500 | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle | Yes $ 1,700 | No |
| Boats | Yes $ | No | Non-homestead real property/real estate | Yes $ | No |
| | | | Other assets NEGATIVE NOI (NET OPERATING) | Yes $ $-387,000 | No |

Check one ( ) DO (✓NO DO NOT) expect to receive more assets in the near future. The asset THE NET OPERATING LOSS IS $387,000 WHICH MAKES A NEGATIVE INCOME FOR CALENDAR YEAR 2020 is _____ NOI (NOL)

5. I have total liabilities and debts of $ 387,000 as follows: Motor Vehicle $ 1,700  Home $ _____ Boat _____
   $ _____ Non-homestead Real Property $ _____  Child Support paid direct $ _____  Credit Cards _____
   $ 24,000 Medical Bills $ _____  Cost of medicines (monthly) $ _____  Other $ _____

6. I have a private lawyer in this case _____ Yes (No)  N.B. RECEIVED A FEE WAIVER TWO TIMES FROM ANGEL OAK MORTGAGE LARGE FEE BECAUSE OF CONTINUANCE

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on ____ 4/7 ____ 20 21

Year of Birth 1964  Last 4 digits of Driver License or ID Number 5-78

Signature of Applicant for Indigent Status

Print in full Legal Name  DAVID SIDNEY POTTER

Email address: DSIDNEY POTTER @ YAHOO.COM

Phone Number(s) (818) 298-4393

P.O. BOX 257, PASEDENA, CA 91102
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person

### CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) indigent ( ) not indigent, according to s. 57.082, F.S.

Dated on _____ 20 ____

Clerk of the Circuit Court
By _____, Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

# Docket No. 15
# 5/22/2021
# Summons Issued

IN THE ___LEON___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

___D. SIDNEY POTTER___,                    Case No.: ___000853___
Plaintiff/Petitioner,

vs.

___MIKE FIERMAN___,
Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name} ___MIKE FIERMAN___
{address(including city and state)/location for service} ___940 HAMMOND DRIVE, SUITE 850___
___ATLANTA, GA 30328___

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: {Name and address of party serving summons} _____
___D. SIDNEY POTTER, P.O. BOX 257, PASADENA, CA 91102___

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: _____
_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED:   *5/24/2021*_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

**Docket No. 16**
**5/22/2021**
**Application for Civil Indigent Status — Copy**

IN THE CIRCUIT/COUNTY COURT OF THE _2ND_ JUDICIAL CIRCUIT
IN AND FOR _LEON_ COUNTY, FLORIDA
CASE NO _____

DAVID SIDNEY POTTER
Plaintiff/Petitioner or In the interest of:

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived. Other costs and fees are not waived.

1. I have _0_ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married? Yes (No)  Does your Spouse Work? Yes (No)  Annual Spouse Income? $ _____

2. I have a net income of $ _17,000_ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other WHEN I WORK. I AM A WAITER
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ | No | Veterans benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Trusts | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle 'yes' and fill in the value of the property, otherwise circle 'No'.)

| | | | | |
|---|---|---|---|---|
| Cash | Yes $ 108 | No | Savings account | Yes $ 15 No |
| Bank accounts | Yes $ 2,500 No | | Stocks/bonds | Yes $ No |
| Certificates of deposit or | | | Homestead Real Property | Yes $ No |
| Money market accounts | Yes $ | No | Motor Vehicle | Yes $ 1,750 No |
| Boats | Yes $ | No | Non-homestead real property/real estate | Yes $ No |
| | | | Other assets NEGATIVE NOL (NET OPERATING) Yes $ (-$387,000) | |

Check one ( ) DO (DO NOT) expect to receive more assets in the near future. The asset THE NET OPERATING LOSS IS $387,000 WHICH MAKES A NEGATIVE INCOME FOR CALENDAR YEAR 2020
is _____ NOL

5. I have total liabilities and debts of $ 387,000 as follows: Motor Vehicle $ 1,750  Home $ _____  Boat _____
$ _____  Non-homestead Real Property $ _____  Child Support paid direct $ _____  Credit Cards _____
$ 24,000 Medical Bills $ _____  Cost of medicines (monthly) $ _____  Other $ _____

6. I have a private lawyer in this case _____ Yes (No) N S RECEIVED A FEE WAIVER TWO TIMES FROM AN ANGEL OAK MORTGAGE CASE FOR INDIGENT CONTINENCE
A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on _4/7_ 20_21_                              Signature of Applicant for Indigent Status
Year of Birth _1964_  Last 4 digits of Driver License or ID Number _5-78_  Print Full Legal Name _DAVID SIDNEY POTTER_
Email address: _DSIDNEY POTTER @ YAHOO.COM_   Phone Number: _(818) 298-4293_
_P.O. BOX 257, PASADENA, CA-91102_
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
Clerk/Deputy Clerk/Other authorized person

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) indigent ( ) not indigent, according to s. 57.082, F.S.

Dated on _____ 20____

Clerk of the Circuit Court
By _____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

# Docket No. 17
## 5/22/2021
## Summons Issued

Case 4:21-cv-00253-AW-MAF   Document 1-2   Filed 06/25/21   Page 92 of 469

IN THE ___LEON___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

___D. SIDNEY POTTER___,         Case No.: ___000853___

Plaintiff/Petitioner,

vs.

___TRAVIS LALONDE___,

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name} ___TRAVIS LALONDE___
{address(including city and state)/location for service} ___5221 NORTH O'CONNOR BLVD, SUITE 600___
___IRVING, TX 75039___

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: {Name and address of party serving summons} _____
___D. SIDNEY POTTER, P.O. BOX 287, PASADENA, CA 91102___

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a:  *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____ 5/24/2021 _____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____

Deputy Clerk

**Docket No. 18**
**5/22/2021**
**Summons Issued**

IN THE ___LEON___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

D. SIDNEY POTTER _____,     Case No.: ___000853___

Plaintiff/Petitioner,

vs.

TRAVIS LALONDE _____,

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* TRAVIS LALONDE
*{address(including city and state)/location for service}* 5221 NORTH O'CONNOR BLVD, SUITE 600
IRVING, TX 75039

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* _____
D. SIDNEY POTTER, P.O. BOX 287, PASADENA, CA 91102

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: ___5/24/2021_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____
                                Deputy Clerk

**Docket No. 19**
**5/22/2021**
**Summons Issued**

IN THE _____ LEON _____ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

D. SIDNEY POTTER _____,      Case No.: _____ 000853 _____
_____Plaintiff/Petitioner,

vs.

SCOTT GRUEBELE _____,
_____Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* SCOTT GRUEBELE
*{address(including city and state)/location for service}* 6673 BELLA VISTA AVE
PEMBROKE PINES, FL 33331

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}*
D. SIDNEY POTTER, P.O. BOX 287, PASADENA, CA 91102

_____

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a:  Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: {L'Adresse} 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____5/24/2021_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _Hm Bn_____
            Deputy Clerk

# Docket No. 20
## 5/22/2021
## Application for Civil Indigent Status — Copy

IN THE CIRCUIT/COUNTY COURT OF THE _____2ND_____ JUDICIAL CIRCUIT
IN AND FOR _____LEON_____ COUNTY, FLORIDA

CASE NO. _____

DAVID SIDNEY POTTER
Plaintiff/Petitioner or In the interest of:

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived

1. I have ___0___ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married? Yes [No]   Does your Spouse Work? Yes [No]   Annual Spouse Income? $ _____

2. I have a net income of $ __17,000__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (yearly) other WHEN I WORK. I AM A WAITER
(Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____
(Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ | No | Veterans benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Trusts | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ 108 | No | Savings account | Yes $ 15 | No |
| Bank account(s) | Yes $ 2,500 | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle | Yes $ 1,750 | No |
| Boats | Yes $ | No | Non-homestead real property/real estate | Yes $ | No |
| | | | Other assets NEGATIVE NOI (NET OPERATING) | Yes $ -387,000 | No |

Check one ( ) DO (DO NOT) expect to receive more assets in the near future. The asset
THE NET OPERATING LOSS IS $387,000 WHICH MAKES
is _____ A NEGATIVE INCOME FOR CALENDAR YEAR 2020.
NOI

5. I have total liabilities and debts of $ 387,000 as follows: Motor Vehicle $ 1,750   Home $ _____   Boat _____
$ _____ Non-homestead Real Property $ _____   Child Support paid direct $ _____   Credit Cards
$ 34,000 Medical Bills $ _____   Cost of medicines (monthly) $ _____   Other $ _____

6. I have a private lawyer in this case _____ Yes (No) N/S RECEIVED A FEE WAIVER TWO TIMES FROM DEFENDANT
MADE ON ANGEL OAK MORTGAGE FORECLOSURE CONTRACT

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s. 775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on __4/7__ 20_21_                    _____[signature]_____
                                             Signature of Applicant for Indigent Status
Year of Birth __1964__   Last 4 digits of Driver License or ID Number __5-78__
Email address: DSIDNEY POTTER2 4/YAHOO.COM   Print Full Legal Name: DAVID SIDNEY POTTER
P.O. Box 257, PASADENA, CA 91102           Phone Number(s) (818)298-4893
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
                                                 Clerk/Deputy Clerk/Other authorized person

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) indigent ( ) not indigent, according to s. 57.082, F.S.

Dated on _____ 20_____

                              Clerk of the Circuit Court
                              By _____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

**Docket No. 21**
**5/22/2021**
**Summons Issued**

IN THE ___LEON___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

___D. SIDNEY POTTER___,  Case No.: ___000853___

Plaintiff/Petitioner,

vs.

___ISEDORE S. CONERLY (AKA ISEDORE S. SMITH)___

Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: *{enter other party's full legal name}* ___ISEDORE S. CONERLY (AKA ISEDORE S. SMITH)___
*{address(including city and state)/location for service}* ___6557 CLYDESDALE CT.___
___FRISCO, TX 75034___

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: *{Name and address of party serving summons}* _____
___D. SIDNEY POTTER, P.O. BOX 287, PASADENA, CA 91102___

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: _____5/24/2021_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

**Docket No. 22**
**5/22/2021**
**Application for Civil Indigent Status — Copy**

IN THE CIRCUIT/COUNTY COURT OF THE ____ 2ND ____ JUDICIAL CIRCUIT
IN AND FOR ____ LEON ____ COUNTY, FLORIDA

DAVID SIDNEY POTTER                                          CASE NO. ____
Plaintiff/Petitioner or In the interest of:

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived. Other costs and fees are not waived.

1. I have _0_ dependents. (Include only those persons you list on your U.S. income tax return.)
   Are you Married? Yes ( ) No (✓)   Does your Spouse Work? Yes ( ) No ( )   Amount Spouse Income? $ ____

2. I have a net income of $ _17,000_ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly (✓) other WHEN I WORK. I AM A WAITER
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid: ( ) weekly ( ) every two weeks ( ) monthly ( ) yearly ( ) other ____
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ | No | Veterans benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Private | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle 'yes' and fill in the value of the property, otherwise circle 'No')

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ 108 | No | Savings account | Yes $ 15 | No |
| Bank accounts | Yes $ 2,500 | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle | Yes $ 1,700 | No |
| Boats | Yes $ | No | Non-homestead real property/real estate | Yes $ | No |

Other assets: NEGATIVE NOI ( NET OPERATING ) Yes $ -387,000
THE NET OPERATING LOSS IS $387,000 WHICH MAKES A NEGATIVE INCOME FOR CALENDAR YEAR 2020

Check one ( ) DO (✓ DO NOT) expect to receive more assets in the near future. The asset NOL is ____

5. I have total liabilities and debts of $ 387,000 as follows:  Motor Vehicle $ 1,700   Home $ ____   Boat ____
$ ____ Non-homestead Real Property $ ____   Child Support paid direct $ ____   Credit Cards ____
$ ____ Medical Bills $ ____   Cost of medicines (monthly) $ ____   Other $ ____

6. I have a private lawyer in this case ____ Yes (✓ No) WE REFUSED A FEE WAIVER TWO TIMES FROM ANGEL OAK MORTGAGE CAUSE THE DEFAULT CONTRACT

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on _4/7_ 20_21_                                        Signature of Applicant for Indigent Status
Year of Birth _1964_   Last 4 digits of Driver License or ID Number _5-78_   Print (all) Legal Name: DAVID SIDNEY POTTER
Email address: DSIDNEY POTTER @ YAHOO.COM   Phone Number: (818) 298-4393
P.O. BOX 257, PASADENA, CA 91102
Address: Street, City, State, Zip Code

This form was completed with the assistance of: ____
Clerk/Deputy Clerk/Other authorized person

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) indigent ( ) not indigent, according to s. 57.082, F.S.

Dated on ____ 20 ____

Clerk of the Circuit Court
By ____ , ____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision ____

**Docket No. 23**
**5/22/2021**
**Summons Issued**

Case 4:21-cv-00253-AW-MAF   Document 1-2   Filed 06/25/21   Page 112 of 469

IN THE ___LEON___ COURT OF THE SECOND JUDICIAL CIRCUIT
IN AND FOR LEON COUNTY, STATE OF FLORIDA

___D. SIDNEY POTTER___,                    Case No.: ___000853___
       Plaintiff/Petitioner,

vs.

___DONNA LYNN HARKNESS___,
       Defendant/Respondent.

## SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL
## ORDEN DE COMPARECENCIA: SERVICIO PERSONAL EN UN INDIVIDUO
## CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL

TO/PARA/A: {enter other party's full legal name} ___DONNA LYNN HARKNESS___
{address(including city and state)/location for service} ___7230 DAZZLE POINT ST.___
                                        ___NORTH LAS VEGAS, NV 89084___

## IMPORTANT

A lawsuit has been filed against you. You have **20 calendar days**[1] after this summons is served on you to file a written response to the attached complaint/petition with the clerk of this circuit court, located at, 301 South Monroe Street, Tallahassee, FL 32301. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be **filed** if you want the Court to hear your side of the case.

**If you do not file your written response on time, you may lose the case, and your wages, money, and property may be taken thereafter without further warning from the Court.** There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, you must also mail or take a copy of your written response to the party serving this summons at: {Name and address of party serving summons} _____
___D. SIDNEY POTTER, P.O. BOX 237, PASADENA, CA 91102___

---

[1] Rule 1.140(a), Florida Rules of Civil Procedure, provides: (2) (A) Except when sued pursuant to FS 768.28, the state of Florida, an agency of the state, or an officer or employee of the state sued in an official capacity shall serve an answer to the complaint or crossclaim, or a reply to a counterclaim, within **40 days** after service; (B) When sued pursuant to FS 768.28, the Department of Financial Services or the defendant state agency shall have **30 days** from the date of service within which to serve an answer to the complaint or crossclaim or a reply to a counterclaim.

**Copies of all court documents in this case, including orders, are available at the Clerk of the Circuit Court's office. You may review these documents, upon request. You must keep the Clerk of the Circuit Court's office notified of your current address. Future papers in this lawsuit will be mailed to the address on record at the clerk's office.**

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Localizado en: 301 South Monroe Street, Tallahassee, FL 32301. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, usted puede consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo.

Si usted elige presentar personalmente una respuesta por escrito, en el mismo momento que usted presente su respuesta por escrito al Tribunal, usted debe enviar por correo o llevar una copia de su respuesta por escrito a la parte entregando esta orden de comparencencia a: Nombre y direccion de la parte que entrega la orden de comparencencia: _____

_____

**Copias de todos los documentos judiciales de este caso, incluyendo las ordenes, estan disponibles en la oficina del Secretario de Juzgado del Circuito [Clerk of the Circuit Court's office]. Estos documentos pueden ser revisados a su solicitud. Usted debe de manener informada a la oficina del Secretario de Juzgado del Circuito de su direccion actual. Los papelos que se presenten en el futuro en esta demanda judicial seran env ados por correo a la direccion que este registrada en la oficina del Secretario.**

## IMPORTANT

Des poursuites judiciaires ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Qui se trouve a: *{L'Adresse}* 301 South Monroe Street, Tallahassee, FL 32301. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.

Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les

services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite a la partie qui vous depose cette citation. Nom et adresse de la partie qui depose cette citation: _____

_____

**Les photocopies de tous les documents tribunals de cette cause, y compris des arrets, sont disponible au bureau du greffier. Vous pouvez revue ces documents, sur demande. Il faut aviser le greffier de votre adresse actuelle. Les documents de l'avenir de ce proces seront envoyer a l' adresse que vous donnez au bureau du greffier.**

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

You are commanded to serve this summons and a copy of the complaint in this lawsuit on the above-named person.

DATED: ___5/24/2021_____

GWEN MARSHALL
CLERK OF THE CIRCUIT COURT

By: _____
Deputy Clerk

**Docket No. 24**
**5/22/2021**
**Application for Civil Indigent Status — Copy**

IN THE CIRCUIT/COUNTY COURT OF THE ___2ND___ JUDICIAL CIRCUIT
IN AND FOR ___LEON___ COUNTY, FLORIDA

DAVID SIDNEY POTTER
Plaintiff/Petitioner or In the Interest of                                      CASE NO. _____

ANGEL OAK MORTGAGE SOLUTIONS, ET. AL
Defendant/Respondent

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

Notice to Applicant: If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived

1. I have ___0___ dependents. (Include only those persons who you list on your U.S. income tax return.)
   Are you married? Yes / No   Does your Spouse Work? Yes / No   Amount Spouse Income? $ _____

2. I have a net income of $ __17,000__ paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _WHEN I WORK, I AM A WAITER_
   (Net income is your total income including salary, wages, bonuses, commissions, allowances, overtime, tips and similar payments, minus deductions required by law and other court-ordered payments such as child support.)

3. I have other income paid ( ) weekly ( ) every two weeks ( ) semi-monthly ( ) monthly ( ) yearly ( ) other _____
   (Circle "Yes" and fill in the amount if you have this kind of income, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Second Job | Yes $ | No | Veterans' benefits | Yes $ | No |
| Social Security benefits | | | Workers compensation | Yes $ | No |
| For you | Yes $ | No | Income from absent family members | Yes $ | No |
| For child(ren) | Yes $ | No | Stocks/bonds | Yes $ | No |
| Unemployment compensation | Yes $ | No | Rental income | Yes $ | No |
| Union payments | Yes $ | No | Dividends or interest | Yes $ | No |
| Retirement/pensions | Yes $ | No | Other kinds of income not on the list | Yes $ | No |
| Private | Yes $ | No | Gifts | Yes $ | No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. I have other assets: (Circle "yes" and fill in the value of the property, otherwise circle "No".)

| | | | | | |
|---|---|---|---|---|---|
| Cash | Yes $ 108 | No | Savings account | Yes $ 15 | No |
| Bank accounts | Yes $ 2,500 | No | Stocks/bonds | Yes $ | No |
| Certificates of deposit or | | | Homestead Real Property | Yes $ | No |
| Money market accounts | Yes $ | No | Motor Vehicle | Yes $ 1,700 | No |
| Boats | Yes $ | No | Non-homestead real property/real estate | Yes $ | No |
| | | | Other assets NEGATIVE NOI (NET OPERATING LOSS) | Yes $ -$387,000 | No |

Check one: ( ) DO (X DO NO) expect to receive more assets in the near future. The asset THE NET OPERATING LOSS IS $387,000 WHICH MAKES A NEGATIVE INCOME FOR CALENDAR YEAR 2020
is _____ NOL

5. I have total liabilities and debts of $ 387,000 as follows: Motor Vehicle $ 1,700   Home $ _____ Boat $ _____
   $ _____ Non-homestead Real Property $ _____   Child Support paid direct $ _____ Credit Cards $ _____
   $ _____ Medical Bills $ _____   Cost of medicines (monthly) $ _____   Other $ _____

6. I have a private lawyer in this case ____ Yes   No  HE RECEIVED A FEE WHICH TWO YEARS AGO ON ANGEL OAK MORTGAGE CASE THE BROKER COLLECTED

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S., commits a misdemeanor of the first degree, punishable as provided in s.775.082, F.S. or s. 775.083, F.S. I attest that the information I have provided on this application is true and accurate to the best of my knowledge.

Signed on ___4/7___ 2021

Year of Birth __1964__   Last 4 digits of Driver License or ID Number __5-78__     Signature of Applicant for Indigent Status
Email address: DSIDNEY POTTER@YAHOO.COM     Print Full Legal Name: DAVID SIDNEY POTTER
P.O. Box 257, PASADENA, CA 91102     Phone Number: (310) 298-4293
Address: Street, City, State, Zip Code

This form was completed with the assistance of: _____
                                                 Clerk/Deputy Clerk/Other authorized person

## CLERK'S DETERMINATION

Based on the information in this Application, I have determined the applicant to be ( ) Indigent ( ) Not Indigent, according to s. 57.082, F.S.

Dated on _____ 20_____

                                         Clerk of the Circuit Court
                                         By _____ Deputy Clerk

APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.
Sign here if you want the judge to review the clerk's decision _____

# Docket No. 25
# Order regarding Emails from David Gordon and
# Abigail J. Larimer

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA

David S. Potter,

      Plaintiff,

vs.

Mark Lively, et al.

      Defendants,

_____/

CASE NO: 2021-CA-853

CIVIL DIVISION

## ORDER REGARDING EMAILS FROM DAVID GORDON AND ABIGAIL J. LARIMER

On May 13-17, 2021, this Court received multiple emails from an individual identifying himself as David Gordon in-house counsel for Defendant Angel Oak Mortgage Solutions, LLC, and from an individual identifying herself as Abigail J. Larimer who stated that she represents Defendant Angel Oak. The emails do not appear to be copied to the Plaintiff or any other party in the case. If this is true, the emails are improper ex parte attempts to communicate with the Court. As such the Court cannot and will not act on them. For the benefit of the other parties in this case the referenced emails are attached to this order and will be filed in the court file.

The parties and the authors of the referenced emails are reminded that it is improper and inefficient to communicate on substantive or procedural disputes with the Court by using emails. This Court has close to 1000 pending cases that it must keep track of and process to a conclusion. Receiving emails improperly discussing substantive or

E-Filed and E-Served
by SB on __JUN 0 1 2021__

procedural disputes complicates this process.

Any communication with the Court regarding a substantive matter or procedural dispute in the case must be handled by a written motion, memorandum, or other appropriate filing with the Clerk of the Court. Emails should normally be used only to request a hearing date (without the inclusion of argument or substantive discussion of the case), to send the Court a proposed order, to advise the Court whether the proposed order is agreed to by all counsel or parties, and other similar matters such as telephone or Zoom hearing details. If any party, in good faith, believes the Court should immediately know about a filing with the Clerk (such as an emergency or needed expedited matter) it is appropriate to email a copy of that filing to the Court's judicial assistant along with a request for a hearing if needed. Also, a party may advise the Court in a brief email if a matter before the Court has been resolved.

The Court hopes that the parties will understand that these procedures are necessary for it to as expeditiously as possible handle the matters before it. To conclude, all parties to this case are ordered to not communicate with the Court by email for arguing their positions in the case or to ask the Court for legal advice.

**DONE AND ORDERED** in Tallahassee, Leon County, Florida on this 1st day of June, 2021.

JOHN C. COOPER
CIRCUIT JUDGE

Copies Mailed and/or E-Served
by SB on ___ JUN 0 1 2021 ___

Copies to:

D. Sidney Potter
Plaintiff

David Gordon, Esq.
3344 Peachtree Rd. NE
Suite 1725
Atlanta, Ga 30326
David.Gordon@angeloakcapital.com

Abigail J. Larimer, Esq.
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, Ga 30326
alarimer@mmmlaw.com

## Shirley Barber

| | |
|---|---|
| **From:** | David Gordon <David.Gordon@angeloakcapital.com> |
| **Sent:** | Thursday, May 13, 2021 4:14 PM |
| **To:** | Shirley Barber |
| **Subject:** | RE: Litigation Emails |

Is there someone I can speak to who can assist or is this an issue regarding communication with a party in general?

**David Gordon**
Associate General Counsel

O: 470-282-4373
David.Gordon@angeloakcapital.com
3344 Peachtree Rd. NE
Suite 1725
Atlanta, GA 30326



This email is not an offer to sell or the solicitation of an offer to buy any security or other investment or to provide investment services of any kind. The data contained in this email and/or any attachments are provided for informational and educational purposes only, and nothing contained herein should be construed as advice or a solicitation. Additionally, instructions having financial consequences such as trade orders, funds transfer, etc., should not be included in your email communications to us as we cannot act on such instructions by email. Please be aware that the confidentiality of Internet email cannot be guaranteed. Please do not include private or confidential information such as passwords, account numbers, Social Security numbers, etc. in emails to us. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. Please contact the sender immediately and destroy the material in its entirety.

**From:** Shirley Barber <BarberS@leoncountyfl.gov>
**Sent:** Thursday, May 13, 2021 4:13 PM
**To:** David Gordon <David.Gordon@angeloakcapital.com>
**Subject:** RE: Litigation Emails

I can't answer that.

Shirley Barber, Judicial Assistant to
John C. Cooper, Circuit Judge
301 S. Monroe Street
Leon County Courthouse, RM: 365-B
Tallahassee, FL 32301
PH: 850-606-4313
BarberS@leoncountyfl.gov

RECEIVED

MAY 13 2021

JOHN C COOPER
Circuit Judge

**From:** David Gordon <David.Gordon@angeloakcapital.com>
**Sent:** Thursday, May 13, 2021 4:12 PM
**To:** Shirley Barber <BarberS@leoncountyfl.gov>
**Subject:** RE: Litigation Emails

Is it standard practice for such notices to go to news agencies as well?  I'm seeing unrelated parties on the notice list like the Atlanta Journal Constitution and Dallas Star.

ATTACHMENT

**David Gordon**
Associate General Counsel

O: 470-282-4373
David.Gordon@angeloakcapital.com
3344 Peachtree Rd. NE
Suite 1725
Atlanta, GA 30326



This email is not an offer to sell or the solicitation of an offer to buy any security or other investment or to provide investment services of any kind. The data contained in this email and/or any attachments are provided for informational and educational purposes only, and nothing contained herein should be construed as advice or a solicitation. Additionally, instructions having financial consequences such as trade orders, funds transfer, etc., should not be included in your email communications to us as we cannot act on such instructions by email. Please be aware that the confidentiality of internet email cannot be guaranteed. Please do not include private or confidential information such as passwords, account numbers, Social Security numbers, etc. in emails to us. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. Please contact the sender immediately and destroy the material in its entirety.

**From:** Shirley Barber <BarberS@leoncountyfl.gov>
**Sent:** Thursday, May 13, 2021 4:10 PM
**To:** David Gordon <David.Gordon@angeloakcapital.com>
**Subject:** RE: Litigation Emails

I can't answer that.

Shirley Barber, Judicial Assistant to
John C. Cooper, Circuit Judge
301 S. Monroe Street
Leon County Courthouse, RM: 365-B
Tallahassee, FL 32301
PH: 850-606-4313
Barbers@leoncountyfl.gov

**From:** David Gordon <David.Gordon@angeloakcapital.com>
**Sent:** Thursday, May 13, 2021 4:08 PM
**To:** Shirley Barber <BarberS@leoncountyfl.gov>
**Subject:** Litigation Emails

Good afternoon Ms. Barber,

My name is David Gordon, I'm in-house counsel for Angel Oak Mortgage Solutions ("AOMS"), a recently named defendant in a lawsuit now pending before Judge Cooper (2021-CA-853). I don't know how, but it appears the plaintiff registered over 300 employees of AOMS for receipt of copies of all notices and docket items. I would very much like to remove almost everyone off of that distribution list (excluding named defendants and myself). Is that possible without having each of the 300+ people click the opt out?

**David Gordon**
Associate General Counsel

O: 470-282-4373
David.Gordon@angeloakcapital.com
3344 Peachtree Rd. NE
Suite 1725
Atlanta, GA 30326



This email is not an offer to sell or the solicitation of an offer to buy any security or other investment or to provide investment services of any kind. The data contained in this email and/or any attachments are provided for informational and educational purposes only, and nothing contained herein should be construed as advice or a solicitation. Additionally, instructions having financial consequences such as trade orders, funds transfer, etc., should not be included in your email communications to us as we cannot act on such instructions by email. Please be aware that the confidentiality of Internet email cannot be guaranteed. Please do not include private or confidential information such as passwords, account numbers, Social Security numbers, etc. in emails to us. If you are not the intended recipient, you are strictly prohibited from disclosing, copying, distributing or using any of this information. Please contact the sender immediately and destroy the material in its entirety.

**Shirley Barber**

| | |
|---|---|
| **From:** | Abigail J. Larimer <alarimer@mmmlaw.com> |
| **Sent:** | Thursday, May 13, 2021 4:56 PM |
| **To:** | Shirley Barber |
| **Subject:** | Case No. 372021CA000853 POTTER, DAVID vs. LIVELY, MARK |

Ms. Barber,

I am following up on a voicemail I just left for you. I represent Angel Oak, defendant in the above-referenced matter. Plaintiff David Potter has added approximately 300 individuals, including other employees and news outlets, to the e-mail distribution list for service of documents related to the case. This is obviously improper and intended to harass my client. I am seeking the court's guidance as to how to properly limit the distribution list. I can be reached at the below or on my cell phone at 504-606-0075.

Best,

Abby



**Abigail J. Larimer**
Associate

Direct: 404-504-7785
alarimer@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326


mmmlaw.com

This e-mail message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

RECEIVED

MAY 1 4 2021

JOHN C COOPER
Circuit Judge

1

**Shirley Barber**

From:
Sent:
To:
Subject:

Abigail J. Larimer <alarimer@mmmlaw.com>
Monday, May 17, 2021 12:02 PM
Shirley Barber
RE: Case No. 372021CA000853 POTTER, DAVID vs. LIVELY, MARK

Ms. Barber,

I hope that you had a nice weekend.  I wanted to touch base with you to check in on the below and see if the Judge was able to provide any guidance on this issue.

I greatly appreciate your cooperation.

Best,

Abby



**Abigail J. Larimer**
Associate

Direct: 404-504-7785
alarimer@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

**MORRIS,
MANNING &
MARTIN, LLP**
mmmlaw.com

RECEIVED

MAY 1 7 2021

JOHN C COOPER
Circuit Judge

This e-mail message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

From: Abigail J. Larimer
Sent: Friday, May 14, 2021 9:42 AM
To: 'Shirley Barber' <BarberS@leoncountyfl.gov>
Subject: RE: Case No. 372021CA000853 POTTER, DAVID vs. LIVELY, MARK

Ms. Barber,

Thank you so much for your attention to this emergency matter.  I did see Florida Rule of Civil Procedure Rule 2.516 which indicates any party not represented by an attorney may designate no more than two additional email addresses for service.
I am hopeful that we can resolve this without wasting the Court's time with motion practice.  Please let me know if there is anything you else you need from me.  Again, I greatly appreciate your consideration and help.

Best,

Abby

**From:** Shirley Barber <BarberS@leoncountyfl.gov>
**Sent:** Friday, May 14, 2021 8:26 AM
**To:** Abigail J. Larimer <alarimer@mmmlaw.com>
**Subject:** RE: Case No. 372021CA000853 POTTER, DAVID vs. LIVELY, MARK

---

**CAUTION: External Email.**

---

Sorry I can't tell you what to do but I will give this to the Judge.

I left you a VM before I saw this EM.

Shirley Barber, Judicial Assistant to
John C. Cooper, Circuit Judge
301 S. Monroe Street
Leon County Courthouse, RM: 365-B
Tallahassee, FL 32301
PH: 850-606-4313
Barbers@leoncountyfl.gov


**From:** Abigail J. Larimer <alarimer@mmmlaw.com>
**Sent:** Thursday, May 13, 2021 4:56 PM
**To:** Shirley Barber <BarberS@leoncountyfl.gov>
**Subject:** Case No. 372021CA000853 POTTER, DAVID vs. LIVELY, MARK

Ms. Barber,

I am following up on a voicemail I just left for you.  I represent Angel Oak, defendant in the above-referenced matter.  Plaintiff David Potter has added approximately 300 individuals, including other employees and news outlets, to the e-mail distribution list for service of documents related to the case.  This is obviously improper and intended to harass my client.   I am seeking the court's guidance as to how to properly limit the distribution list.  I can be reached at the below or on my cell phone at 504-606-0075.

Best,

Abby




**Abigail J. Larimer**
Associate

Direct: 404-504-7785
alarimer@mmmlaw.com
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

This e-mail message and its attachments are for the sole use of the designated recipient(s). They may contain confidential information, legally privileged information or other information subject to legal restrictions. If you are not a designated recipient of this message, please do not read, copy, use or disclose this message or its attachments, notify the sender by replying to this message and delete or destroy all copies of this message and attachments in all media. Thank you.

# Docket No. 26
## 6/10/2021
## Executed Return of Service — T. Lalonde

1  D. Sidney Potter
2  (Attorney TBD)
   P.O. Box 287
3  Pasadena, CA 91102
   (818) 771-7710 telephone
4  (818) 924-0404 facsimile
5  dsidneypotter@potterequities.com

6

7              IN THE CIRCUIT COURT OF THE
8         SECOND JUDICIAL DISTRICT, IN AND FOR
                LEON COUNTY, FLORIDA
9  _____

10 David Sidney Potter,

11         Plaintiff

12                                    **SUMMONS AND PROCESS**
                                      **OF SERVICE CONFIRMATION**
13                                       Leon County
       vs.                             Case No. 2021 CA 000853
14
15 Angel Oak Mortgage Solutions, LLC,
   Mark Lively, Mike Fierman,
16 Travis LaLonde, Scott Gruebele,
   Isedore S. Conerly (aka Isedore S. Smith),
17 Donna Lynn Harkness

18         Defendants

19 _____

20

21

22

23

24

25

26

27

28

Page 1

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:

<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)

Dated:  this 10th of June 2021.

Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

Defendant Addresses:
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724502 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                                    Date   6/2/21

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   6/2/2021                  Commission Expires   Aug. 7, 2021

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

### AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724496 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____     6/2/21
MIKE DUNN                          Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/2/2021          Aug. 7, 2021
Date              Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724492 |
|---|---|---|---|

| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
|---|---|---|---|
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | | |
|---|---|---|
| MIKE DUNN | 05/29/2021 Date | Subscribed and sworn to before me by the affiant who is personally known to me.<br>Notary Public |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Date          Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724483 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                              Date   05/29/2021  6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021                Commission Expires   Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724472 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** MARK LIVELY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          05/29/2021  6/2/21
MIKE DUNN                        Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021                     Aug. 7, 2021
Date                          Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724466 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:

1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____   05/29/2021  6/2/21
MIKE DUNN            Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10/2/2021        Aug. 7, 2021
Date        Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724461 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                    Date   05/29/2021  6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, FI 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021            Commission Expires   Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                   ⌄

---

**Tracking History**                                                        ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

**FAQs** ›

## Track Another Package  +

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**　　　　　　　　　　　　　　　　　⌄

---

**Tracking History**　　　　　　　　　　　　　　　　　　　⌄

---

**Product Information**　　　　　　　　　　　　　　　　　　⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**  ⌄

---

**Tracking History**  ⌄

---

**Product Information**  ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940258790038845982 (/go/TrackConfirmAction?tLabels=9590940258790038845982) |
| --- | --- | --- |

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Certified Mail Fee   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postage   $1.51

Total Postage and Fees   $8.25

Sent To   Donna Lynn Harkness

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015   PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Atlanta, GA 30328

Certified Mail Fee   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $0.00

Postage   $

Total Postage and Fees
$

Sent To   Mike Fle...

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Irvine TX 92618

| Certified Mail Fee | | 0606 |
| --- | --- | --- |
| $ | | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$1

Total Postage and Fees
$8.25

05/27/2021

Sent To    Mark Lively
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 0640 0002 2111 8718



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee   $3.50   0606

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage   $1.90

Total Postage and Fees   $8.25

Postmark Here   05/27/2021

Sent To   *Isedore S Conerly*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015   See Reverse for Instructions

7020 0640 0000 2111 8725



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30323

| Certified Mail Fee | $3.60 | | 0606 |
| $ | | | 1 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $1.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $1.80 | |
| $ | | 05/27/2021 |
| Total Postage and Fees | | |
| $ | $8.25 | |

Sent To   *Angel Oak Mortgage Solutions LL*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0002 2111 8732





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irving (Coblatia)

Certified Mail Fee
$                                    $2.85                    0606
                                                                1

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)           $ $0.00
☐ Return Receipt (electronic)         $ $0.00          Postmark
☐ Certified Mail Restricted Delivery  $ $0.00            Here
☐ Adult Signature Required            $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$                                     $1.00
Total Postage and Fees                               05/27/2021
$                                     $8.25

Sent To   *Travis Lalande*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

STATEMENT 184022
Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---------|-----------|--------|--------|-------|---------|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total:   $245.00
Amount Paid:   ($245.00)
**Balance Due:   $0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---------|---------|---------|---------|----------|---------|



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724502**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|------------------------|------------------|
| Job: | 5724502 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:         $35.00
Amount Paid:   ($35.00)
**Balance Due:      $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724496**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

|  |  |
|---|---|
| Total: | $35.00 |
| Amount Paid: | ($35.00) |
| **Balance Due:** | **$0.00** |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724492
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724492 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:**  **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724483
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:       $35.00
Amount Paid:  ($35.00)
**Balance Due:**   **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

**INVOICE:  5724472**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

| | | |
|---|---|---|
| Case: | 000853 | Plaintiff / Petitioner:   D. SIDNEY POTTER |
| Job: | 5724472 | Defendant / Respondent:   MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE:  **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total:        $35.00
Amount Paid:   ($35.00)
**Balance Due:**    **$0.00**

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724461**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:   $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:   $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

# Docket No. 27
## 6/10/2021
## Executed Return of Service — S. Gruebele

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

## IN THE CIRCUIT COURT OF THE
## SECOND JUDICIAL DISTRICT, IN AND FOR
## LEON COUNTY, FLORIDA

David Sidney Potter,

     Plaintiff

    vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

     Defendants

**SUMMONS AND PROCESS
OF SERVICE CONFIRMATION**
Leon County
Case No. 2021 CA 000853

Page 1

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:

<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)

Dated:  this 10th of June 2021.

Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

Defendant Addresses:
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724502 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**  TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:**  Mail, May 27, 2021, 4:30 pm EDT

**Documents:**  SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____        6/2/21
MIKE DUNN                                    Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/2/2021          Aug. 7, 2021
Date                    Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724496 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | |
|---|---|
| MIKE DUNN | Date 6/2/21 |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 6/2/2021

Commission Expires Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724492 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          6/2/21  NO          Subscribed and sworn to before me by the affiant who is personally known to me.

MIKE DUNN                        Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

_____          Notary Public

10/2/2021          Aug. 7, 2021

Date          Commission Expires



SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724483 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:  ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034

Manner of Service:  Mail, May 27, 2021, 4:30 pm EDT

Documents:  SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                     05/29/2021  6/2/21
                              Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

10/2/2021          Aug. 7, 2021
Date               Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724472 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: MARK LIVELY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          05/29/2021  6/2/21
MIKE DUNN                        Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021          Aug. 7, 2021
Date          Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724466 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                          Date                          05/29/2021  6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date                          Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724461 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN

Date    05/29/2021   6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, FI 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021          Commission Expires   Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                      ⌄

---

**Tracking History**                                                          ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›

### Track Another Package ✛

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ✓ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package ✛

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Get Updates ⌄

Feedback

---

Text & Email Updates ⌄

---

Tracking History ⌄

---

Product Information ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                   ⌄

---

**Product Information**                                                ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                   ⌄

---

**Product Information**                                                ⌃

| | | |
|---|---|---|
| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940258790038845982 (/go/TrackConfirmAction?tLabels=9590940258790038845982) |

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee   $3.60                                    0606

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00          Postmark
☐ Adult Signature Required         $ $0.00              Here
☐ Adult Signature Restricted Delivery $

Postage          $1.81

Total Postage and Fees   $8.25

Sent To  Donna Lynn Markness
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions







**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

| | | |
|---|---|---|
| Certified Mail Fee | $3.50 | 0606 |
| | | 1 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $ | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $1.90 | |
| Total Postage and Fees | | 05/27/2021 |
| $8.25 | | |

Sent To *Isedore S Conerly*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0002 2111 8725



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30328

| | | |
|---|---|---|
| Certified Mail Fee | $3.60 | 0606 |
| $ | | 1 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $1.80 | |
| $ | | 05/27/2021 |
| Total Postage and Fees | $5.25 | |
| $ | | |

Sent To *Angel Oak Mortgage Solutions LL*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0002 2111 8735



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*

Fort Lauderdale, FL 33328

| Certified Mail Fee | $3.60 | | 0606 |
| $ | $2.85 | | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $_____
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00          Postmark
☐ Adult Signature Required      $ $0.00          Here
☐ Adult Signature Restricted Delivery $_____

Postage
$
Total Postage and Fees
$ $8.25                          05/27/2021

Sent To   Scott Gruebele

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 2111 8749



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irvine, CA 92618                                                                 0606
                                                                                       1
Certified Mail Fee
$          $1.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ $0.00
☐ Return Receipt (electronic)       $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00        Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00
Postage
$          $1.40                                    05/27/2021
Total Postage and Fees
$          $8.25

Sent To   Travis Lalonde
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 0640 0002 2111 8756

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

**STATEMENT 184022**
Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---|---|---|---|---|---|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total: $245.00
Amount Paid: ($245.00)
**Balance Due:   $0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---|---|---|---|---|---|
| | | | | | |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724502**
Issued: May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job: | 5724502 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total: $35.00 |
| | Amount Paid: ($35.00) |
| Thank You for Your Business | **Balance Due: $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724496**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1Ivas HIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:      $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724492**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724492 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:        $35.00
Amount Paid:   ($35.00)
**Balance Due:**   **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724483
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total:      $35.00
Amount Paid:   ($35.00)
**Balance Due:      $0.00**

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE: **5724472**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| | | | |
|---|---|---|---|
| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724472 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:       $35.00
Amount Paid:   ($35.00)
**Balance Due:**   **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE:  **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:      $35.00
Amount Paid:   ($35.00)
**Balance Due:**   **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:   **5724461**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

| | |
|---|---|
| Total: | $35.00 |
| Amount Paid: | ($35.00) |
| **Balance Due:** | **$0.00** |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**Docket No. 28**
**6/10/2021**
**Executed Return of Service — Angel Oak**
**Mortgage Solutions**

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL DISTRICT, IN AND FOR
LEON COUNTY, FLORIDA

David Sidney Potter,

     Plaintiff

vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

     Defendants

**SUMMONS AND PROCESS
OF SERVICE CONFIRMATION**
Leon County
Case No. 2021 CA 000853

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:

<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)


Dated: this 10th of June 2021.


Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

Defendant Addresses:
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

# AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724502 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONNAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                               Date   6/2/21

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   6/2/2021          Commission Expires   Aug. 7, 2021

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724496 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:

1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____   6/2/21
MIKE DUNN                         Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021   Aug. 7, 2021
Date            Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724492 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | | Subscribed and sworn to before me by the affiant who is personally known to me. |
|---|---|---|
| MIKE DUNN | Date | Notary Public |
| | | Date          Commission Expires |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939



SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724483 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | |
|---|---|
| MIKE DUNN | 05/29/2021  6/2/21 |
| | Date |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date                    Commission Expires

10/2/2021               Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724472 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: MARK LIVELY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | |
|---|---|
| _____ MIKE DUNN | _05/29/2021_ 6/2/21 Date |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_10/2/2021_        _Aug. 7, 2021_
Date                Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724466 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.



MIKE DUNN                      Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date                      Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724461 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                          Date   05/29/2021   6/2/21

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021          Commission Expires   Aug. 7, 2021

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs ❯

### Track Another Package ✚

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information**  ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Feedback

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package  +

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

Get Updates ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

### Track Another Package +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ✓ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                     ⌄

---

**Product Information**                                                 ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs 〉

Track Another Package **+**

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ✓ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940258790038845982 (/go/TrackConfirmAction?tLabels=9590940258790038845982) |
|---|---|---|

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee  $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $

Postage  $1.81

Total Postage and Fees  $8.25

Sent To  Donna Lynn Markness

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015   PSN 7530-02-000-9047   See Reverse for Instructions





**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Irvine TX

0606
1

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage    $1.
$

Total Postage and Fees
$8.25
$

Sent To   Mark Lively

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0002 2111 8718

05/27/2021



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage

Total Postage and Fees
$8.25

Sent To  Isedore S Conerly
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark
Here

05/27/2021

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0000 2111 8725





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Fort Lauderdale, FL 333

| Certified Mail | $3.60 | | 0606 |
| --- | --- | --- | --- |
| $ | | $2.85 | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $_____
☐ Return Receipt (electronic)        $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00          Postmark
☐ Adult Signature Required           $ $0.00          Here
☐ Adult Signature Restricted Delivery $_____

Postage
$
Total Postage and Fees
$              $8.25              05/27/2021

Sent To  Scott Gruebele

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7020 0640 0000 2111 8749

USPS-34474-9998
MAY 28 2021
PADDOCK BRANCH



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
$8.25

Postmark
Here

05/27/2021

Sent To   Travis Lalande

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

STATEMENT 184022
Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---------|-----------|--------|--------|-------|---------|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total:   $245.00
Amount Paid:   ($245.00)
**Balance Due:**   **$0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---------|---------|---------|---------|----------|---------|



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE:  5724502
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| | | | |
|---|---|---|---|
| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724502 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:  $35.00 |
| | Amount Paid:  ($35.00) |
| | **Balance Due:  $0.00** |

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724496**
Issued: May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total: $35.00
Amount Paid: ($35.00)
**Balance Due:** **$0.00**

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724492
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job: | 5724492 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total:    $35.00
Amount Paid:   ($35.00)
**Balance Due:**    $0.00

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724483**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

|  | Total: | $35.00 |
|---|---|---|
|  | Amount Paid: | ($35.00) |
|  | **Balance Due:** | **$0.00** |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724472**
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102



PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724472 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:**  **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:   $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:   $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724461**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:**   **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**Docket No. 29**
**6/10/2021**
**Executed Return of Service — I. Conerly**

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL DISTRICT, IN AND FOR
LEON COUNTY, FLORIDA

David Sidney Potter,

     Plaintiff

vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

     Defendants

**SUMMONS AND PROCESS
OF SERVICE CONFIRMATION**
Leon County
Case No. 2021 CA 000853

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:

<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)

Dated:  this 10th of June 2021.

Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

Defendant Addresses:
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724502 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          6/2/21
MIKE DUNN                        Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/2/2021          Aug. 7, 2021
Date              Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724496 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____    6/2/21
MIKE DUNN                  Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Susan L Dunham
Notary Public

10/2/2021    Aug. 7, 2021
Date         Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724492 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | | | |
|---|---|---|---|
| _____ | 05/29/2021 | Subscribed and sworn to before me by the affiant who is personally known to me. | |
| MIKE DUNN | Date | _____<br>Notary Public | |
| | | _____   _____ | |
| | | Date        Commission Expires | |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939



SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724483 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                     05/29/2021  6/2/21
                              Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Susan L. Dunham
Notary Public

10/2/2021          Aug. 7, 2021
Date               Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724472 |
|---|---|---|---|

| Plaintiff / Petitioner: D. SIDNEY POTTER | Defendant / Respondent: MIKE FIERMAN |
|---|---|

| Received by: MIKE DUNN | For: Sidney Potter |
|---|---|

| To be served upon: MARK LIVELY | |
|---|---|

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____                    05/29/2021  6/2/21
MIKE DUNN                                           Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021          Aug. 7, 2021
Date                  Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

### AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724466 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____  05/29/2021  6/2/21
MIKE DUNN                Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021          Aug. 7, 2021
Date               Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724461 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                                             Date  05/29/2021  6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date  10/2/2021                    Commission Expires  Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package ✚

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

### Track Another Package ✛

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ✔ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

**See Less** ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package ✛

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ✓ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

Get Updates ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package ✛

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Text & Email Updates** ⌄

**Tracking History** ⌄

**Product Information** ⌃

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940258790038845982 (/go/TrackConfirmAction?tLabels=9590940258790038845982) |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

NDPDN  Las Vegas, NV 89108                    OFFICIAL USE

Certified Mail Fee   $3.60                              0606
$                                        $2.85            1
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)       $  $0.00        Postmark
☐ Certified Mail Restricted Delivery $  $0.00        Here
☐ Adult Signature Required          $  $0.00
☐ Adult Signature Restricted Delivery $
Postage           $1.51
$
Total Postage and Fees   $8.25                      27/2021
$

Sent To   Donna Lynn Harkness

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

Irvine TX 7835

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$1.

Total Postage and Fees
$8.25

Sent To   *Mark Lively*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

05/27/2021

USPS-34474-9998

7020 0640 0002 2111 8718



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*®

Certified Mail Fee   $3.50                        0606
                                                    1
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $                Postmark
                                                        Here
Postage   $1.90

Total Postage and Fees                              05/27/2021
$   $8.25

Sent To   Isedore S Conerly
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7020 0640 0000 2111 8725



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30328

Certified Mail Fee     $3.60                    0606
                                                1
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ $1.00
☐ Certified Mail Restricted Delivery $ $0.00        Postmark
☐ Adult Signature Required         $ $0.00          Here
☐ Adult Signature Restricted Delivery $

Postage          $1.80                          05/27/2021
Total Postage and Fees
                 $5.25

Sent To  Angel Oak Mortgage Solutions LL

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0002 2111 8738



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Fort Lauderdale, FL 333__

| Certified Mail | $3.60 | 0606 |
| $ | $2.85 | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00        Postmark
☐ Adult Signature Required        $ $0.00         Here
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$                                    05/27/2021
$8.25

Sent To  Scott Gruebele

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irvine TX Coppell                                                    0606
                                                                     1
Certified Mail Fee
$          $0          $1.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00            Postmark
☐ Certified Mail Restricted Delivery  $ $0.00           Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage
$          $1.
Total Postage and Fees                              05/27/2021
$          $8.25

Sent To    Travis Lalande
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

STATEMENT 184022
Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---------|-----------|--------|--------|-------|---------|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total: $245.00
Amount Paid: ($245.00)
**Balance Due:    $0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---------|---------|---------|---------|----------|---------|



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE: **5724502**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724502 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:   $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:   $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724496**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:    $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:    $0.00** |

Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724492**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724492 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724483**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

| PAY TO: |
| --- |
| **JB FLORIDA PROCESS SERVICE** |
| 107 W DAMPIER STREET |
| **INVERNESS, Fl 34450** |

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| --- | --- | --- | --- |
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
| --- | --- | --- |
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
| --- | --- |
| Click link for invoice | Total:   $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:   $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

**INVOICE:  5724472**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724472 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:   **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:**   **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:   **5724461**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:**   **$0.00**

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**Docket No. 30**
**6/10/2021**
**Executed Return of Service — M. Lively**

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com


IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL DISTRICT, IN AND FOR
LEON COUNTY, FLORIDA

---

David Sidney Potter,

      Plaintiff

      vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

      Defendants

**SUMMONS AND PROCESS
OF SERVICE CONFIRMATION**
Leon County
Case No. 2021 CA 000853

---

D. Sidney Potter vs.  Angel Oak Mortgage Solutions, LLC, et al.

Page 1

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:

<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)

Dated:  this 10th of June 2021.

Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

<u>Defendant Addresses:</u>
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724502 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          6/2/21
MIKE DUNN                        Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____          _____
Notary Public

6/2/2021                         Aug. 7, 2021
Date                             Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724496 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____    6/2/21
MIKE DUNN                          Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/2/2021          Aug. 7, 2021
Date                   Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724492 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | | Subscribed and sworn to before me by the affiant who is personally known to me. |
|---|---|---|
| MIKE DUNN | 6/1/21 ~~05/29/2021~~ NO Date | Notary Public |
| | | 10/2/2021 Aug. 7, 2021 Date     Commission Expires |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939



SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724483 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

05/29/2021  6/2/21

MIKE DUNN                          Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, FI 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

10/2/2021        Aug. 7, 2021
Date                    Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724472 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>MARK LIVELY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          05/29/2021  6/2/21
MIKE DUNN                                  Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021          Aug. 7, 2021
Date                 Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724466 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
|---|---|
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.



MIKE DUNN                    Date          05/29/2021    6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date  10/2/2021          Commission Expires  Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724461 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____   05/29/2021  6/2/21
MIKE DUNN                          Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021        Aug. 7, 2021
Date             Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

## Track Another Package +

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package  +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

**Get Updates** ⌄

Feedback

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌄

---

**Product Information**                                               ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package ✛

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                         ⌄

---

**Tracking History**                                             ⌄

---

**Product Information**                                          ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌃

| Postal Product: First-Class Mail® | Features: Certified Mail™ | See tracking for related item: 9590940258790038845982 (/go/TrackConfirmAction?tLabels=9590940258790038845982) |
|---|---|---|

---

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Certified Mail Fee   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $

Postage   $1.51

Total Postage and Fees   $8.25

Sent To  Donna Lynn Harkness

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions







U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage $1.90

Total Postage and Fees $8.25

Postmark
Here

05/27/2021

Sent To  *Isedore S Conerly*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 2111 8725



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30323

| Certified Mail Fee | $3.60 | | 0606 |
| $ | | 05 | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $_____
☐ Return Receipt (electronic)      $ $1.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $0.00
☐ Adult Signature Restricted Delivery

Postmark
Here

Postage   $1.80

05/27/2021

Total Postage and Fees
$ $8.25

Sent To *Angel Oak Mortgage Solutions LL*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0002 2111 8732



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

Fort Lauderdale, FL 33321

Certified Mail Fee  $3.60                                    0606
$                          $2.85                             1

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $   $0.00
☐ Certified Mail Restricted Delivery $  $0.00       Postmark
☐ Adult Signature Required         $   $0.00        Here
☐ Adult Signature Restricted Delivery $

Postage
$
Total Postage and Fees
$          $8.25                          05/27/2021

Sent To    Scott Gruebele

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0000 2111 8749

USPS-34474-9998    MAY 28, 2021



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irving, Cobb, FL

Certified Mail Fee    $                          0606
$                      $3.85                    1

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00        Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage
$                      $1.___

Total Postage and Fees
$                      $8.25              05/27/2021

Sent To   Travis Lalonde

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 0640 0002 2111 8756

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

STATEMENT 184022
Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---------|-----------|--------|--------|-------|---------|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total: $245.00
Amount Paid: ($245.00)
**Balance Due:    $0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---------|---------|---------|---------|----------|---------|



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724502
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job:  | 5724502 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

| | |
|---|---|
| Total: | $35.00 |
| Amount Paid: | ($35.00) |
| **Balance Due:** | **$0.00** |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE: **5724496**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|------------------------|------------------|
| Job: | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:   $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:   $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724492**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102



PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| | |
|---|---|
| Case:  000853 | Plaintiff / Petitioner:   D. SIDNEY POTTER |
| Job:  5724492 | Defendant / Respondent:   MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total:    $35.00
Amount Paid:   ($35.00)
**Balance Due:**    **$0.00**

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724483**
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:**  **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

**INVOICE:  5724472**
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102



PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| | | |
|---|---|---|
| Case: 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: 5724472 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:  $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724461**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102



PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:      $35.00
Amount Paid:   ($35.00)
**Balance Due:    $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**Docket No. 31**
**6/10/2021**
**Executed Return of Service — D. Harkness**

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL DISTRICT, IN AND FOR
LEON COUNTY, FLORIDA

David Sidney Potter,

       Plaintiff

vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

       Defendants

**SUMMONS AND PROCESS
OF SERVICE CONFIRMATION**
Leon County
Case No. 2021 CA 000853

D. Sidney Potter vs.  Angel Oak Mortgage Solutions, LLC, et al.

Page 1

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:

<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)

Dated:  this 10th of June 2021.

Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

<u>Defendant Addresses:</u>
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

### AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724502 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                    Date 6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 6/2/2021     Commission Expires Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

### AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724496 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____      6/2/21
MIKE DUNN                               Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/2/2021          Aug. 7, 2021
Date                Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724492 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.


MIKE DUNN                                    Date 05/29/2021                 Subscribed and sworn to before me by the affiant who is personally known to me.

JB FLORIDA PROCESS SERVICE                              Notary Public
107 W DAMPIER STREET
INVERNESS, Fl 34450                                     Date                    Commission Expires
352-212-4939

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724483 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                     05/29/2021  6/2/21
                              Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date                     Commission Expires

10/2/2021     Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

### AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN<br>AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724472 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>MARK LIVELY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:   MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

Manner of Service:   Mail, May 27, 2021, 4:30 pm EDT

Documents:   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          _05/29/2021_  6/2/21
MIKE DUNN                                           Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

_10/2/2021_          _Aug. 7, 2021_
Date                          Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724466 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:

1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN

Date   05/29/2021   6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021

Commission Expires   Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724461 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**

1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____        05/29/2021  6/2/21
MIKE DUNN                                    Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021            Aug. 7, 2021
Date            Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                  ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information** ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs ›

## Track Another Package +

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Feedback

Get Updates ⌄

---

**Text & Email Updates**                                    ⌄

---

**Tracking History**                                        ⌄

---

**Product Information**                                     ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                               ⌄

---

**Tracking History**                                                    ⌄

---

**Product Information**                                                  ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌄

---

**Product Information**                                           ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ∨

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package ✛

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package ✛

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌃

| Postal Product: | Features: | See tracking for related item: 9590940258790038845982 |
|---|---|---|
| First-Class Mail® | Certified Mail™ | (/go/TrackConfirmAction?tLabels=9590940258790038845982) |

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback





**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

At lanta, GA 30328

Certified Mail Fee $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To  Mike Fletcher

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

7020 0640 0002 2111 8701





**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee $3.50

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery

Postage $1.80

Total Postage and Fees $8.25

Postmark Here

05/27/2021

7020 0640 0002 2111 8725

Sent To *Isedore S Conerly*
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com*.

Fort Lauderdale, FL 3432

| Certified Mail | $3.60 | 0606 |
| --- | --- | --- |
| $ | $2.85 | 1 |

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $_____
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00     Postmark
☐ Adult Signature Required       $ $0.00      Here
☐ Adult Signature Restricted Delivery $_____

Postage
$ .80
Total Postage and Fees
$ $8.25                          05/27/2021

Sent To  Scott Gruebele
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 2111 8749



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irving, FL 32618

| Certified Mail Fee | | |
|---|---|---|
| $ | $1.85 | 0606 |
| Extra Services & Fees (check box, add fee as appropriate) | | 1 |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery $ | | |
| Postage | $1. | |
| $ | | 05/27/2021 |
| Total Postage and Fees | | |
| $ | $8.25 | |

Sent To    *Travis Lalande*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0002 2111 8756

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

STATEMENT 184022

Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---|---|---|---|---|---|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total:     $245.00
Amount Paid:   ($245.00)
**Balance Due:   $0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---|---|---|---|---|---|
| | | | | | |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: 5724502
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job:  | 5724502 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

| | Total: | $35.00 |
|-|--------|--------|
| | Amount Paid: | ($35.00) |
| | **Balance Due:** | **$0.00** |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724496**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:    $35.00
Amount Paid:   ($35.00)
**Balance Due:**    **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE: **5724492**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724492 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:    $35.00<br>Amount Paid:   ($35.00)<br>**Balance Due:**   $0.00 |

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724483
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:**  **$0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

**INVOICE:  5724472**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724472 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

| | |
|---|---|
| Total: | $35.00 |
| Amount Paid: | ($35.00) |
| **Balance Due:** | **$0.00** |



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE:  **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:     $35.00
Amount Paid:   ($35.00)
**Balance Due:    $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE: **5724461**
Issued:  May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:  $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**Docket No. 32**
**6/10/2021**
**Executed Return of Service — M. Fierman**

Case 4:21-cv-00253-AW-MAF   Document 1-2   Filed 06/25/21   Page 416 of 469

D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710 telephone
(818) 924-0404 facsimile
dsidneypotter@potterequities.com

### IN THE CIRCUIT COURT OF THE
### SECOND JUDICIAL DISTRICT, IN AND FOR
### LEON COUNTY, FLORIDA

David Sidney Potter,

     Plaintiff

     vs.

Angel Oak Mortgage Solutions, LLC,
Mark Lively, Mike Fierman,
Travis LaLonde, Scott Gruebele,
Isedore S. Conerly (aka Isedore S. Smith),
Donna Lynn Harkness

     Defendants

**SUMMONS AND PROCESS**
**OF SERVICE CONFIRMATION**
Leon County
Case No. 2021 CA 000853

Page 1

D. Sidney Potter vs.  Angel Oak Mortgage Solutions, LLC, et al.

Plaintiff D. Sidney Potter presents Summons and Process of Service Confirmation:


<u>Summons of Affidavits:</u>
Enclosed all 7 Defendants

<u>Process Service Paid Receipts:</u>
Enclosed all 7 Defendants

<u>USPS Tracking – Delivery Confirmation</u>
Angel Oak Mortgage Solutions, LLC
Mike Fierman
Mark Lively
Travis LaLonde
Scott Gruebele
Isedore S. Conerly (aka Isedore S. Smith)
Donna Lynn Harkness

<u>USPS-Green Card stamped received and returned</u>
Angel Oak Mortgage Solutions, LLC (7020-0640-0002-2111-8732)
Mike Fierman (7020-0640-0002-2111-8701)
Mark Lively (7020-0640-0002-2111-8718)
Travis LaLonde (7020-0640-0002-2111-8756)
Scott Gruebele (7020-0640-0002-2111-8749)
Isedore S. Conerly (aka Isedore S. Smith) (7020-0640-0002-2111-8725)
Donna Lynn Harkness (7020-0640-0002-2111-6004)



Dated:  this 10th of June 2021.




Respectively Submitted,

/ D. Sidney Potter /

_____
D. Sidney Potter
(Attorney TBD)
P.O. Box 287
Pasadena, CA 91102
(818) 771-7710  telephone
(818) 924-0404  facsimile
dsidneypotter@potterequities.com

D. Sidney Potter v. Angel Oak Mortgage Solutions, LLC, et al.

Page 3

**CERTIFICATE OF SERVICE**

I hereby certify that on 10th of June 2021, a copy of the foregoing was sent via first class mail to:

_____

<u>Defendant Addresses:</u>
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mike Fierman - CEO
Angel Oak Mortgage Solutions, LLC
980 Hammond Drive, Suite 850
Atlanta, GA 30328

Mark Lively - EVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Travis LaLonde - SVP
Angel Oak Mortgage Solutions, LLC
5221 North O'Connor Blvd, Suite 600
Irving, TX 75039

Scott Gruebele
Angel Oak Mortgage Solutions, LLC
6673 Bella Vista Ave.
Pembroke Pines, FL 33331

Isedore S. Conerly (aka Isedore S. Smith)
Angel Oak Mortgage Solutions, LLC
6557 Clydesdale Ct.
Frisco, TX 75034

Donna Lynn Harkness
Angel Oak Mortgage Solutions, LLC
7230 Dazzle Point St.
North Las Vegas, NV 89084

**To be notified upon Pre-Trial Conference, but no later than Trial:**
* Bureau of Real Estate Services for The State of Florida
* Florida Office of the Division of Corporations
* Florida Office of Financial Regulation

# EXHIBITS

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724502 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: TRAVIS LALONDE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:** TRAVIS LALONDE, 5221 N O'CONNOR BLVD, IRVING, TX 75039

**Manner of Service:** Mail, May 27, 2021, 4:30 pm EDT

**Documents:** SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**

1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD, IRVING, TX 75039 received by TRAVIS LALONDE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____   6/2/21
MIKE DUNN                Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

6/2/2021              Aug. 7, 2021
Date                Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724496 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** SCOTT GRUEBELE | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   SCOTT GRUEBELE, 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6673 BELLA VISTA AVE, PEMBROKE PINES, FL 33331 received by SCOTT GRUEBELE. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____         6/2/21
MIKE DUNN                        Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021         Aug. 7, 2021
Date              Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724492 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: ANGEL OAK MORTGAGE SOLUTIONS LLC | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   ANGEL OAK MORTGAGE SOLUTIONS LLC, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by ANGEL OAK MORTGAGE SOLUTIONS LLC.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION.
DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____          6/2/21          Subscribed and sworn to before me by the affiant who is
MIKE DUNN                          Date             personally known to me.

                                                    _____
                                                    Notary Public

JB FLORIDA PROCESS SERVICE                          10/2/2021        Aug. 7, 2021
107 W DAMPIER STREET                                Date             Commission Expires
INVERNESS, Fl 34450
352-212-4939

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724483 |
|---|---|---|---|
| **Plaintiff / Petitioner:** D. SIDNEY POTTER | | **Defendant / Respondent:** MIKE FIERMAN | |
| **Received by:** MIKE DUNN | | **For:** Sidney Potter | |
| **To be served upon:** ISEDORE S CONERLY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. I have been properly certified as a process server by Administrative Order A2008-21B and am currently certified to serve process pursuant to the provisions of the order. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**  ISEDORE S CONERLY, 6557 CLYDESDALE CT, FRISCO, TX 75034

**Manner of Service:**  Mail, May 27, 2021, 4:30 pm EDT

**Documents:**  SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 6557 CLYDESDALE CT, FRISCO, TX 75034 received by ISEDORE S CONERLY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN                                   Date   05/29/2021  6/2/21

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021          Commission Expires   Aug. 7, 2021

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case:<br>000853 | Court:<br>IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County:<br>LEON | Job:<br>5724472 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>D. SIDNEY POTTER | | Defendant / Respondent:<br>MIKE FIERMAN | |
| Received by:<br>MIKE DUNN | | For:<br>Sidney Potter | |
| To be served upon:<br>MARK LIVELY | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Recipient Name / Address:  MARK LIVELY, 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039

Manner of Service:  Mail, May 27, 2021, 4:30 pm EDT

Documents:  SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

Additional Comments:
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 5221 N O'CONNOR BLVD SUITE 600, IRVING, TX 75039 received by MARK LIVELY. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

| | |
|---|---|
| _____<br>MIKE DUNN | 05/29/2021  6/2/21<br>_____<br>Date |

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

10/2/2021        Aug. 7, 2021
_____   _____
Date                Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724466 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: DONNA LYNN HARKNESS | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

| | |
|---|---|
| Recipient Name / Address: | DONNA LYNN HARKNESS, ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 |
| Manner of Service: | Mail, May 27, 2021, 4:30 pm EDT |
| Documents: | SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT) |

Additional Comments:

1) Successful Attempt: May 27, 2021, 4:30 pm EDT at ANGEL OAK MORTGAGE SOLUTIONS LLC: 7230 DAZZLE POINT ST, NORTH LAS VEGAS, NV 89084 received by DONNA LYNN HARKNESS.
DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

MIKE DUNN

Date   05/29/2021   6/2/21

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   10/2/2021

Commission Expires   Aug. 7, 2021

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

## AFFIDAVIT OF SERVICE

| Case: 000853 | Court: IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR LEON COUNTY FLORIDA | County: LEON | Job: 5724461 |
|---|---|---|---|
| Plaintiff / Petitioner: D. SIDNEY POTTER | | Defendant / Respondent: MIKE FIERMAN | |
| Received by: MIKE DUNN | | For: Sidney Potter | |
| To be served upon: MIKE FIERMAN | | | |

I certify that I am over the age of 18, am in good standing and have no interest in the above action. Under penalties of Perjury, I declare I have read this document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**Recipient Name / Address:**   MIKE FIERMAN, 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328

**Manner of Service:**   Mail, May 27, 2021, 4:30 pm EDT

**Documents:**   SUMMONS: PERSONAL SERVICE ON AN INDIVIDUAL ORDEN DE COMPARENCENCIA: SERVICIO PERSONAL EN UN INDIVIDUO CITATION: L'ASSIGNATION PERSONAL SUR UN INDIVIDUEL (Received May 26, 2021 at 3:43pm EDT), COMPLAINT (Received May 26, 2021 at 3:43pm EDT)

**Additional Comments:**
1) Successful Attempt: May 27, 2021, 4:30 pm EDT at 980 HAMMOND DRIVE SUITE 850, ATLANTA, GA 30328 received by MIKE FIERMAN. DOCUMENTS WERE SENT CERTIFIED MAIL USPS MAY 17 2021 AT 4:30 PM FROM THE PADDOCK BRANCH OCALA FLORIDA LOCATION. DELIVERY CONFIRMATION WAS ASLO ADDED TO THE DOCUMENTS SENT.

_____   05/29/2021  6/2/21
MIKE DUNN                          Date

JB FLORIDA PROCESS SERVICE
107 W DAMPIER STREET
INVERNESS, Fl 34450
352-212-4939

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10/2/2021        Aug. 7, 2021
Date             Commission Expires

SUSAN L. DUNHAM
MY COMMISSION # GG 319498
EXPIRES: August 7, 2021
Bonded Thru Notary Public Underwriters

# USPS Tracking®

FAQs ›

## Track Another Package  +

**Tracking Number:** 70200640000221116004

Remove ✕

Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

## Available for Pickup

June 2, 2021 at 2:18 pm
NORTH LAS VEGAS, NV 89084

**Get Updates** ⌄

Feedback

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                        ⌃

**June 2, 2021, 2:18 pm**
Available for Pickup
NORTH LAS VEGAS, NV 89084
Your item arrived at the NORTH LAS VEGAS, NV 89084 post office at 2:18 pm on June 2, 2021 and is ready for pickup.

**June 1, 2021**
In Transit to Next Facility

**May 29, 2021, 6:35 pm**
Departed USPS Regional Destination Facility

LAS VEGAS NV DISTRIBUTION CENTER

**May 29, 2021, 10:58 am**
Arrived at USPS Regional Destination Facility
LAS VEGAS NV DISTRIBUTION CENTER

**May 28, 2021, 12:02 am**
Departed USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 9:14 pm**
Arrived at USPS Regional Origin Facility
JACKSONVILLE FL DISTRIBUTION CENTER

**May 27, 2021, 7:14 pm**
Departed Post Office
OCALA, FL 34474

**May 27, 2021, 4:26 pm**
USPS in possession of item
OCALA, FL 34474

Feedback

**Product Information** ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >

## Track Another Package ✛

**Tracking Number:** 70200640000221118725

Remove ✕

Your item was delivered to an individual at the address at 1:50 pm on June 1, 2021 in FRISCO, TX 75034.

## ✓ Delivered, Left with Individual

June 1, 2021 at 1:50 pm
FRISCO, TX 75034

Get Updates ∨

Feedback

---

**Text & Email Updates** ∨

---

**Tracking History** ∨

---

**Product Information** ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200640000221118749

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In Transit, Arriving Late

June 5, 2021

**Get Updates** ∨

Feedback

| | |
|---|---|
| **Text & Email Updates** | ∨ |
| **Tracking History** | ∨ |
| **Product Information** | ∨ |

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 70200640000221118756

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                              ⌄

---

**Tracking History**                                                    ⌄

---

**Product Information**                                                ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

Track Another Package  +

**Tracking Number:** 70200640000221118718

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 1:08 pm on June 1, 2021 in IRVING, TX 75039.

## ⊘ Delivered, Front Desk/Reception/Mail Room

June 1, 2021 at 1:08 pm
IRVING, TX 75039

Feedback

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌄

---

**Product Information** ⌄

---

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200640000221118701

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                          ⌄

---

**Tracking History**                                              ⌄

---

**Product Information**                                           ⌄

---

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# USPS Tracking®

FAQs ›

Track Another Package **+**

**Tracking Number:** 70200640000221118732

Remove ✕

Your item was delivered to an individual at the address at 4:07 pm on June 1, 2021 in ATLANTA, GA 30328.

## ⊘ Delivered, Left with Individual

June 1, 2021 at 4:07 pm
ATLANTA, GA 30328

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

| **Postal Product:** First-Class Mail® | **Features:** Certified Mail™ | See tracking for related item: 9590940258790038845982 (/go/TrackConfirmAction?tLabels=9590940258790038845982) |
|---|---|---|

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*

NDCDU Las Vegas NV 891

Certified Mail Fee    $3.60                          0606
$                                                        1
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $  $0.00
☐ Return Receipt (electronic)      $  $0.00          Postmark
☐ Certified Mail Restricted Delivery $  $0.00        Here
☐ Adult Signature Required         $  $0.00
☐ Adult Signature Restricted Delivery $
Postage         $1.81
$
Total Postage and Fees
$         $8.25

Sent To   Donna Lynn Harkness
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 0640 0002 2111 6004



**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

At lanta, GA 30328

Certified Mail Fee   $3.60

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $_____
☐ Return Receipt (electronic)       $0.00
☐ Certified Mail Restricted Delivery $0.00
☐ Adult Signature Required          $0.00
☐ Adult Signature Restricted Delivery $_____

Postage   $_____

Total Postage and Fees   $_____

Sent To   Mike Fasano

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015   See Reverse for Instructions

7020 0640 0002 2111 8701



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Irvine TX 7635

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $

Postage        $1

Total Postage and Fees
$ $8.25

Sent To   *Mark Lively*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0002 2111 8718

Postmark
Here

05/27/2021



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com*.

Certified Mail Fee   $3.55

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery

Postage   $1.80

Total Postage and Fees   $8.25

Postmark
Here

05/27/2021

Sent To   Isedore S Conerly
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 2111 8725



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Atlanta, GA 30328

| | | |
|---|---|---|
| Certified Mail Fee | $3.60 | 0606 |
| $ | | 1 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ | |
| ☐ Return Receipt (electronic) | $ $1.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | | |
| Postage | $1.80 | |
| $ | | 05/27/2021 |
| Total Postage and Fees | $8.25 | |
| $ | | |

Sent To *Angel Oak Mortgage Solutions LLC*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7020 0640 0002 2111 8732





**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage

Total Postage and Fees

05/27/2021

Sent To   *Travis Lalonde*

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

STATEMENT 184022
Created:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Invoice | Recipient | Issued | Status | Total | Balance |
|---------|-----------|--------|--------|-------|---------|
| 5724502 | TRAVIS LALONDE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724496 | SCOTT GRUEBELE | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724492 | ANGEL OAK MORTGAGE SOLUTIONS LLC | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724483 | ISEDORE S CONERLY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724472 | MARK LIVELY | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724466 | DONNA LYNN HARKNESS | May 26, 2021 | Paid | $35.00 | $0.00 |
| 5724461 | MIKE FIERMAN | May 26, 2021 | Paid | $35.00 | $0.00 |

Total:   $245.00
Amount Paid:   ($245.00)
**Balance Due:   $0.00**

Account Summary

| Current | Past 30 | Past 60 | Past 90 | Past 120 | Balance |
|---------|---------|---------|---------|----------|---------|



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  5724502
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| | | | |
|---|---|---|---|
| Case: 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER | |
| Job: 5724502 | Defendant / Respondent: | MIKE FIERMAN | |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | TRAVIS LALONDE<br>5221 N O'CONNOR BLVD<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:    $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:    $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724496**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|------------------------|------------------|
| Job:  | 5724496 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | SCOTT GRUEBELE<br>6673 BELLA VISTA AVE<br>PEMBROKE PINES, FL 33331 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1Ivas HIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:   $35.00 |
| | Amount Paid:   ($35.00) |
| Thank You for Your Business | **Balance Due:   $0.00** |
| Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED. | |

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724492**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724492 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ANGEL OAK MORTGAGE SOLUTIONS LLC<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1Ivas HIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:        $35.00
Amount Paid:   ($35.00)
**Balance Due:      $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, FI 34450

INVOICE: **5724483**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, FI 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724483 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | ISEDORE S CONERLY<br>6557 CLYDESDALE CT<br>FRISCO, TX 75034 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE: **5724472**
Issued: May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| | |
|---|---|
| Case: 000853 | Plaintiff / Petitioner:   D. SIDNEY POTTER |
| Job: 5724472 | Defendant / Respondent:   MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MARK LIVELY<br>5221 N O'CONNOR BLVD SUITE 600<br>IRVING, TX 75039 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE

Total:   $35.00
Amount Paid:   ($35.00)
**Balance Due:   $0.00**



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724466**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
**INVERNESS, Fl 34450**

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|-------|--------|-------------------------|------------------|
| Job: | 5724466 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|------|-------------|------|----------|-------|
| Florida Statewide Fee | DONNA LYNN HARKNESS<br>7230 DAZZLE POINT ST SUITE 850<br>NORTH LAS VEGAS, NV 89084 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---------|-------------|-------------|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1Ivas HlbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

| | |
|---|---|
| Click link for invoice | Total:     $35.00<br>Amount Paid:   ($35.00)<br>**Balance Due:**     **$0.00** |

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

INVOICE:  **5724461**
Issued:   May 26, 2021



**Sidney Potter**
Sidney Potter
P.O. Box 287
Pasadena, CA 91102

PAY TO:
**JB FLORIDA PROCESS SERVICE**
107 W DAMPIER STREET
INVERNESS, Fl 34450

| Case: | 000853 | Plaintiff / Petitioner: | D. SIDNEY POTTER |
|---|---|---|---|
| Job: | 5724461 | Defendant / Respondent: | MIKE FIERMAN |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Florida Statewide Fee | MIKE FIERMAN<br>980 HAMMOND DRIVE SUITE 850<br>ATLANTA, GA 30328 | $35.00 | 1 | $35.00 |

| Payment | Description | Amount Paid |
|---|---|---|
| May 27, 2021 | dsidneypotter@yahoo.com Paid Online<br>Payment ID: ch_1IvasHIbNaczWjTdZOWMT2Th from Statement #184022 | ($35.00) |

Click link for invoice

Total:  $35.00
Amount Paid:  ($35.00)
**Balance Due:  $0.00**

Thank You for Your Business
Please pay the "Balance Due" PRIOR TO JOB BEING ATTEMPTED.

Please click on the "Pay with Card" button in upper right corner of invoice.
OR
If you are paying by check please scan and email it to jbfloridaprocess@gmail.com so
it can be attached to your service rquest while we wait for original check to arrive in
mail.
Thank you for your business,

We look forward to "serving" your business's needs...
JB FLORIDA PROCESS SERVICE



JB FLORIDA PROCESS SERVICE  •  107 W DAMPIER STREET, INVERNESS, Fl 34450

Call: 352-400-0749  •  Email: JBFLORIDAPROCESS@GMAIL.COM  •  Visit: JBFLPROCESS.COM

**Docket No. 33**
**6/16/2021**
**Notice of Appearance - Lawrence H. Kunin**

## IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
## IN AND FOR LEON COUNTY, FLORIDA

DAVID SIDNEY POTTER,

        Plaintiff,

v.

ANGEL OAK MORTGAGE SOLUTIONS, LLC, MARK LIVELY, MIKE FIERMAN, TRAVIS LALONDE, SCOTT GRUEBELE, ISEDORE S. CONERLY (aka ISEDORE S. SMITH), DONNA LYNN HARKNESS,

        Defendants.

CASE NO.
2021 CA 000853

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lawrence H. Kunin, of the law firm of Morris, Manning & Martin, LLP, enters his appearance in this lawsuit on behalf of Defendants Angel Oak Mortgage Solutions, LLC, Mark Lively, Mike Fierman, Travis LaLonde, Scott Gruebele, Isedore S. Conerly (aka Isedore S. Smith), and Donna Lynn Harkness, and requests that copies of all future correspondence, pleadings, motions, notices, orders, or other matters pertaining to this case be directed to the undersigned.

Respectfully submitted this 16th day of June, 2021.

*/s/ Lawrence H. Kunin*
Lawrence H. Kunin
Florida Bar No. 050210
MORRIS, MANNING & MARTIN, LLP
3343 Peachtree Road, N.E., Suite 1600
Atlanta, Georgia 30326-1044
Telephone:  (404) 233-7000
Fax:  (404) 365-9532

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the within and foregoing "**NOTICE OF APPEARANCE**" by having a copy of same mailed via United States mail, properly addressed and with postage prepaid upon all parties as follows:

D. Sidney Potter
Pro Se
P.O. Box 287
Pasadena, CA 91102
dsidneypotter@potterequities.com

This 16th day of June, 2021.

*/s/ Lawrence H. Kunin*
Lawrence H. Kunin
Florida Bar No. 050210
MORRIS, MANNING & MARTIN, LLP
3343 Peachtree Road, N.E., Suite 1600
Atlanta, Georgia 30326-1044
Telephone:  (404) 233-7000
Fax:  (404) 365-9532

*Attorney for Defendants*

# Case Docket

**HOME**     **ONLINE SERVICES**     **COURT SERVICES**     **RECORDS**     **FEES**

**CLERK TO THE BOARD**     **USEFUL LINKS**     **HOW DO I....**

-->

# Leon County Clerk of the Circuit Court and Comptroller Court Case Search

Full Case View 🔵

**Print Page**

| 37 2021 CA 000853 - POTTER, DAVID SIDNEY vs LIVELY, MARK |
|---|

| Party Status | Party | Party Code | Attorney | Attorney Status |
|---|---|---|---|---|
| | ANGEL OAK MORTGAGE SOLUTIONS, LLC , | DEFENDANT | PRO SE | ACTIVE |
| | LIVELY, MARK | DEFENDANT | PRO SE | ACTIVE |
| | FIERMAN, MIKE | DEFENDANT | PRO SE | ACTIVE |
| | LALONDE, TRAVIS | DEFENDANT | PRO SE | ACTIVE |
| | GRUEBELE, SCOTT | DEFENDANT | PRO SE | ACTIVE |
| | CONERLY, ISEDORE S | DEFENDANT | PRO SE | ACTIVE |
| | HARKNESS, DONNA LYNN | DEFENDANT | PRO SE | ACTIVE |
| | POTTER, DAVID SIDNEY | PLAINTIFF | PRO SE | ACTIVE |

Top of Page

| Action Dscr | Open/Reopen Status | Open/Reopen Date | Disposition | Disposition Date | Judge |
|---|---|---|---|---|---|
| OTHER DISCRIMINATION | OPEN | 5/7/2021 | | | COOPER |

Top of Page

| Charge # | Action Code | Description | Plea Date | Plea | Decision Date | Court Action | Charge Disposition | Citation |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Top of Page

| Judges Appearing on Case | | | |
|---|---|---|---|
| Last Name | First Name | Date Assigned | Source |
| COOPER | JOHN | 5/10/2021 3:56:39 PM | BM |

Top of Page

| Viewable On Request Statuses |
|---|





| **Docket Table Headers Are Sortable. Click For Ascending, Again For Descending Order** |
|---|
| **Source Table Abbreviations: BM = Benchmark; JIS = Justice Informations System** |

1

| Docket Date | CCISSeqNbr | Docket Code | ECertify | Docket Text | OR Book | OR Page | Source |
|---|---|---|---|---|---|---|---|
| 5/7/2021 | 2 | CCS | ‹‹-*Req $* | CIVIL COVER SHEET | | | BM |
| 5/7/2021 | 3 | COMP_CA_ | ‹‹-*Req $* | COMPLAINT | | | BM |
| 5/7/2021 | 4 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS (NO DETERMINATION - UNABLE TO READ) | | | BM |
| 5/10/2021 | 1 | a002 | | JUDGE COOPER, JOHN C: ASSIGNED | | | BM |
| 5/11/2021 | 5 | ACSI | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - INDIGENT | | | BM |
| 5/13/2021 | 6 | UOCC_ | | UNIFORM ORDER FOR ACTIVE, DIFFERENTIAL CIVIL CASE MANAGEMENT | | | BM |
| 5/13/2021 | 7 | DICL_ | ‹‹-*Req $* | REQUEST TO CORRECT CASE STYLE | | | BM |
| 5/17/2021 | 8 | AMCO_ | ‹‹-*Req $* | AMENDED COMPLAINT | | | BM |
| 5/17/2021 | 9 | EMAIL | | EMAIL SENT TO JUDGES JA RE SERVICE OF COURT DOCUMENT – 2021 CA 000853, POTTER, DAVID SIDNEY VS. LIVELY, MARK WITH 1 ATTACHMENTS: AMCO-5/17/2021 | | | BM |
| 5/22/2021 | 10 | REQU_ | ‹‹-*Req $* | REQUEST | | | BM |
| 5/22/2021 | 11 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 12 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - COPY | | | BM |
| 5/22/2021 | 13 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 14 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - COPY | | | BM |
| 5/22/2021 | 15 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 16 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - COPY | | | BM |
| 5/22/2021 | 17 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 18 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 19 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 20 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - COPY | | | BM |
| 5/22/2021 | 21 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 22 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - COPY | | | BM |
| 5/22/2021 | 23 | SUIS_ | ‹‹-*Req $* | SUMMONS ISSUED | | | BM |
| 5/22/2021 | 24 | APCI_ | ‹‹-*Req $* | APPLICATION FOR CIVIL INDIGENT STATUS - COPY | | | BM |

| 6/1/2021 | 25 | ORDR 📁 | ☐ ‹‹-*Req $* | ORDER REGARDING EMAILS FROM DAVID GORDON AND ABIGAIL J LARIMER | BM |
| 6/10/2021 | 26 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - T LALONDE | BM |
| 6/10/2021 | 27 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - S GRUEBELE | BM |
| 6/10/2021 | 28 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - ANGEL OAK MORTGAGE SOLUTIONS LLC | BM |
| 6/10/2021 | 29 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - I CONERLY | BM |
| 6/10/2021 | 30 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - M LIVELY | BM |
| 6/10/2021 | 31 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - D HARKNESS | BM |
| 6/10/2021 | 32 | ROSE 📁 | ☐ ‹‹-*Req $* | RETURN OF SERVICE EXECUTED - M FIERMAN | BM |

Top of Page

| Event | Date | Start | Location | Judge | Result | Source |
|-------|------|-------|----------|-------|--------|--------|

Top of Page

| Docket Application | Owed | Paid | Dismissed | Due |
|--------------------|------|------|-----------|-----|
| COMPLAINT | $400.00 | $0.00 | $400.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |
| SUMMONS ISSUED | $10.00 | $0.00 | $10.00 | $0.00 |

Top of Page

| | | Ar Plan | | |
|---|---|---|---|---|
| Ordered Amt | Paid | Dismissed | Balance | Delinquent |

Top of Page