IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DAVID SIDNEY POTTER,**

    **Plaintiff,**

v.                                  Case No. 4:21-cv-253-AW-MAF

**ANGEL OAK MORTGAGE
SOLUTIONS, LLC, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's August 26 Report and Recommendation. ECF No. 12. No objections have been filed. The Report and Recommendation is now adopted and incorporated into this order. The clerk will enter a judgment that says, "This case is dismissed for failure to prosecute and failure to comply with a court order." The clerk will then close the file.

SO ORDERED on September 27, 2021.

                                                s/ *Allen Winsor*
                                                United States District Judge